IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL REVERE TRANSPORTATION, LLC,<br>Defendant. | CIVIL ACTION NO. 06 CA 12297 RCL |

DECLARATION OF RACHEL A. HANKEY IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

I am a Trial Attorney with the Environmental Enforcement Section, Environment and Natural Resources Division, United States Department of Justice. I am one of the attorneys representing Plaintiff United States of America ("United States") in the above-captioned action. Accordingly, I am familiar with the facts and circumstances set forth herein.

1. I am submitting this Declaration in support of the United States' Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of the Complaint filed in this matter.

3. Attached as Exhibit B is a true and correct copy of the Answer filed in this matter.

4. Attached as Exhibit C is a true and correct copy of excerpts from the August 29, 2007 Deposition of Richard Daley.

5. Attached as Exhibit D is a true and correct copy of excerpts from the January 22, 2008 EPA Rule 30(b)(6) Deposition of Abdi Mohamoud.

6. Attached as Exhibit E is a true and correct copy of handwritten inspection notes kept by Abdi Mohamoud.

7. Attached as Exhibit F is a true and correct copy of a chart prepared from the handwritten inspection notes.

8. Attached as Exhibit G is a true and correct copy of a calendar from the year 2006.

9. Attached as Exhibit H is a true and correct copy of Exhibit Mohamoud-6 from the January 22, 2008 deposition of Abdi Mohamoud.

10. Attached as Exhibit I is a true and correct copy of excerpts from the February 28, 2008 Deposition of Mary Jayne Fay. Defendant has the signature page for this transcript.

11. Attached as Exhibit J is a true and correct copy of Exhibit R.D.-1 from the August 29, 2007 Deposition of Richard Daley.

12. Attached as Exhibit K is a true and correct copy of excerpts from the January 23, 2008 Paul Revere 30(b)(6) Deposition of Richard Daley.

13. Attached as Exhibit L is a true and correct copy of excerpts from the March 3, 2008 Paul Revere 30(b)(6) Deposition of Richard Brown.

14. Attached as Exhibit M is a true and correct copy of the Notice of Violation sent on April 13, 2006 to Paul Revere Transportation.

15. Attached as Exhibit N is a true and correct copy of the May 16, 2006 disciplinary letter sent to Michael Swartz provided in discovery by Paul Revere.

16. Attached as Exhibit O is a true and correct copy of the April 26, 2006 disciplinary letter sent to James Powers provided in discovery by Paul Revere.

17. Attached as Exhibit P is a true and correct copy of excerpts of the October 16, 2007 Deposition of Michael Swartz.

18. Attached as Exhibit Q is a true and correct copy of excerpts of the October 16, 2007 Deposition of James Powers.

19. Attached as Exhibit R is a true and correct copy of relevant portion of Defendant's Response to Plaintiff's First Set of Interrogatories.

20. Attached as Exhibit S is a true and correct copy of excerpts of the January 23, 2008 Paul Revere 30(b)(6) Deposition of James Viola.

21. Attached as Exhibit T is a true and correct copy of excerpts of the January 23, 2008 Paul Revere 30(b)(6) Deposition of John Carney.

22. Attached as Exhibit U is a true and correct copy of the Notice of Deposition of Paul Revere Transportation Pursuant to Rule 30(b)(6).

23. Attached as Exhibit V is a true and correct copy of the list of Paul Revere designees pursuant to Rule 30(b)(6).

24. Attached as Exhibit W is a true and correct copy of the January 23, 2008 Paul Revere 30(b)(6) Deposition of Thomas Gedaminsky.

25. Attached as Exhibit X is a true and correct copy of excerpts of the November 26, 2007 Deposition of Ernesto Aguilar.

26. Attached as Exhibit Y is a true and correct copy of excerpts of the November 26, 2007 Deposition of Gregory Roland.

27. Attached as Exhibit Z is a true and correct copy of excerpts of the January 23, 2008 Paul Revere 30(b)(6) Deposition of Frederick Jones.

28. Attached as Exhibit AA is a true and correct copy of excerpts of the October 17, 2007 Deposition of Garvin Andrews.

29. Attached as Exhibit BB is a true and correct copy of excerpts of the October 17, 2007 Deposition of James Williams.

30. Attached as Exhibit CC is a true and correct copy of excerpts of the Cummins Owners Manual ISB Engine produced in discovery by Paul Revere.

31. Attached as Exhibit DD is a true and correct copy of excerpts of the International Engine Operation and Maintenance Manual produced in discovery by Paul Revere.

32. Attached as Exhibit EE is a true and correct copy of a list of vehicles maintained by Paul Revere in March 2006.

33. Attached as Exhibit FF is a true and correct copy of excerpts of the Thomas SLF230 Operator’s Manual produced by Paul Revere in discovery.

34. Attached as Exhibit GG is a true and correct copy of excerpts of the Neoplan Operator’s Manual produced by Paul Revere in discovery.

35. Attached as Exhibit HH is a true and correct copy of certified records from the National Climatic Data Center for the five years from April 2001 to April 2006.

36. Attached as Exhibit II is a true and correct copy of notes prepared and produced by Mary Jayne Fay.

37. Attached as Exhibit JJ is a true and correct copy of excerpts of the February 28, 2008 Deposition of Peter Henderson. Defendant has the signature page for this deposition.

38. Attached as Exhibit KK is a true and correct copy of Defendant's Written Response to Plaintiff's 30(b)(6) Notice.

39. A true and correct copy of calendars for the years 2002-2005 are attached as Exhibit LL.

40. Paul Revere has RTS Coach vehicles for which an operating manual was not produced in response to document requests for all vehicles manuals. The maintenance manual, the only manual produced by Paul Revere for the RTS vehicles, does not contain vehicle starting directions.

41. A true and correct copy of excerpts from Webster's Third New International Dictionary, copyright 1966, is attached as Exhibit MM.

42. On September 15, 2008, I spoke with counsel for Paul Revere John Murphy regarding both parties motions to seek leave to file memorandum over the page limit. Both parties agree to assent to each others motion.

43. Attached as Exhibit NN is a true and correct copy of excerpts of Defendant's Response to the United States' Request for Admissions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Washington, D.C. on the 19th day of September, 2008.

s/ Rachel A. Hankey

Rachel A Hankey