IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAUL REVERE TRANSPORTATION, LLC,

Defendant.

CIVIL ACTION NO. 06 CA 12297 RCL

Affidavit of Abdi Mohamoud

I hereby declare,

1. I am an employee, an environmental engineer, at the Environmental Protection Agency ("EPA"). I have been employed as en environmental engineer at EPA since 1992 in EPA Region 1's enforcement office as an inspector.

2. During my tenure at EPA Region 1 I have inspected sources that emit pollutants to the ambient air to determine their compliance status.

3. In March and April of 2006, I visited the Paul Revere Roxbury facility ("hereinafter "the facility") located at 59 Reading Street in Roxbury, Massachusetts.

4. I visited the facility seven separate times in seven weeks, once each week.

5. One of my duties is to inspect facilities for violations of the Massachusetts, federally enforceable, five minute idling rule. My inspections of Paul Revere's facility was part of these duties.

6. During these inspections, I took handwritten notes of violations. I documented the date of the inspection, and, when visible, the license plate or vehicle number, if possible both,

for each vehicle I witnessed idling. For each vehicle, I would write down the time the vehicle was turned on, or if it was on when I arrived at the facility, the time I arrived. I would then also note the time the vehicle was either turned off or left the facility. There were vehicles which I witnessed idling, but I could not see the vehicle number or license plate, and therefore, I did not document the violation. After my inspection, I typed my handwritten notes into an excel spreadsheet, which was reviewed by my team leader, Christine Sansevero. The handwritten notes and excel spreadsheet are exhibits 2 and 3 from my deposition.

7. As documented in my notes, I visited the facility on March 1, 2006, March 8, 2006, March 15, 2006, March 21, 2006, March 30, 2006, April 4, 2006, and April 12, 2006. I also visited a bus stop on Paul Revere's routes, at Brookline Ave., on April 5, 2006.

8. As my notes show, during my visits to the Roxbury facility, I witnessed between 13 and 28 vehicles on each day of inspection, mainly buses, idling for extensive periods of times. The earlier I arrived, the more vehicles I witnessed violating the five minute idling rule. For example, my notes reflect:

- Wednesday March 1, the inspection began at 5:27 a.m. and documented 13 violations.
- Wednesday March 8, the inspection began at 5:31 a.m. and documented 13 violations.
- Wednesday March 15, the inspection began at 5:26 a.m. and documented 13 violations.
- Tuesday March 21, the inspection began at 5:24 a.m. and documented 14 violations.
- Thursday March 30, the inspection began at 5:09 a.m. and documented 23 violations.
- Tuesday April 4, the inspection began at 4:28 a.m. and documented 26 violations.
- Wednesday April 12, the inspection began at 4:39 a.m. and documented 28 violations.

9. On each visit, I witnessed multiple vehicles idling all at the same time for lengthy periods of time.

10. During my first inspections, upon arrival I would find a large number of vehicles were already on when I got there.

11. For the last few inspections, I tried to arrive earlier so that I could get there before vehicles were turned on.

12. At the beginning of the last couple of inspections, I did arrive earlier, and witnessed someone going from vehicle to vehicle and turning them on and then leaving them idling. The vehicles then sat idling until driven off the lot.

13. During the inspections I would walk along the outside of the chain link fence next to the facility to confirm the vehicles were idling and document vehicle numbers. I also brought binoculars so that I could easily see the vehicles from across the street. Many of Paul Revere's vehicles are lined up against the chain linked fence, so they can easily be seen from the street.

14. It was easy to see when a vehicle was turned on, as the lights would come on, followed by a puff of exhaust from the tailpipe.

15. On the mornings when I arrived before the vehicles were started, I would document the vehicle numbers I could see from outside the facility and then note each start and stop time or when the vehicle left the bus yard.

16. During these visits I did not witness anyone working on the vehicles, despite the engines being clearly visible from the street.

17. My notes reflect that on Wednesday March 1, 2008 between 5:27 am and 6:30 am, I documented 13 vehicles idling for periods between 12 minutes and an hour and three minutes. Of these, three vehicles idle for more than an hour. Between 5:28 am and 5:50 am, 8 vehicles idled all at the same time during this time period, and 3 continued to idle until 6:30 a.m..

18. My notes reflect that on Wednesday March 8, 2008 between 5:31 am and 7:02 am, I documented 13 vehicles idling between 31 minutes and an hour and thirty one minutes. Of these, 6 vehicles idle for over an hour, one for over an hour and a half. Between 5:31 am and 6:08 am, 12 vehicles idled all at the same time during this time period, and 6 of those vehicles continued to idle past 6:30 a.m..

19. My notes reflect that on Wednesday March 15, 2006 between 5:26 a.m. and 6:58 a.m., I documented 13 vehicles idling between 22 minutes and an hour and thirty two minutes. Of these, 6 vehicles idle for over an hour, 3 for over an hour and a half. Between 5:26 a.m. and 6:01 a.m., 12 vehicles idled all at the same time during this period, and 6 of those vehicles continued to idle past 6:30 a.m..

20. My notes reflect that on Tuesday March 21, 2006 between 5:24 a.m. and 6:59 a.m., I documented 14 vehicles idling between 10 minutes and an hour and twenty eight minutes. Of these, 3 vehicles idle for over an hour. Between 5:24 a.m. and 5:56 a.m., 9 vehicles idled all at the same time during this period, and 3 of those vehicles continued to idle past 6:30 a.m..

21. My notes reflect that on Thursday March 30, 2006 between 5:09 a.m. and 7:00 a.m., I documented 23 vehicles idling between 20 minutes and an hour and fifty one minutes. Of

these, 12 vehicles idle for over an hour, 2 for over an hour and a half. Between 5:09 a.m. and 5:50 a.m., 18 vehicles idled all at the same time during this period, and 11 of those vehicles continued to idle until 6:10 a.m. or later.

22. My notes reflect that on Tuesday April 4, 2006 between 4:28 a.m. and 7:00 a.m., I documented 26 vehicles idling between 13 minutes and two hours. Of these, 7 vehicles idle for an hour or more, 4 for over an hour and a half. Between 5:00 a.m. and 5:40 a.m., 7 vehicles idled at the same time during this period, and 5 of those vehicles continued to idle until 6:15 a.m. or later.

23. My notes reflect that on Wednesday April 12, 2006 between 4:39 a.m. and 6:55 a.m., I documented 28 vehicles idling between 16 minutes and an hour and fifty eight minutes. Of these, 12 vehicles idle for an hour or more, 7 for over an hour and a half. Between 5:06 a.m. and 5:40 a.m., 14 vehicles idled all at the same time during this period, and 10 of those vehicles continued to idle until 6:00 a.m. or later.

24. When I inspected the bus stop at Brookline Ave. on April 5, 2006, Paul Revere vehicles were lined up waiting to pick up passengers. The drivers sat with the vehicles idle while waiting to move ahead in the line in order to pick up passengers. According to my notes, the vehicles idled for between 5 minutes and 12 minutes.

25. I have checked the excel spreadsheet I prepared against my handwritten notes. I found two errors made in transfer to the spreadsheet. On 4/4/06 bus number 555 began at 4:59 according to my notes. I have mistakenly transferred this as 4:49. On 4/5/06 during the Brookline Ave. inspections, my notes reflect that bus 2051 started at 3:59, the excel spreadsheet incorrectly notes the time as 3:39. Including these corrections, the violations

that I witnessed total 6,110 minutes at the Roxbury facility over the 5 minute rule; 53 minutes at Brookline for a total of 6,163 minutes.

26. The minimum number of violations witnessed during a single day at the Roxbury facility was 13. I went to the facility once a week, so there were four additional week days, during each week on which I did not visit the facility. If you assume 13 additional violations on each of the weekdays during the seven week period that I did not visit, that would equal 364 violations, i.e., 13 violations for an additional 28 days (four additional days per week during those weeks that inspections occurred).

27. On April 17, 2007, I returned to the Roxbury facility for an inspection. I arrived at the facility just after 4:00 a.m. and departed at 7:30 a.m.. During this inspection, I did not witness any violations of the five minute idling rule. Vehicles operated within the five minute limit. According to the www.weatherunderground.com, the weather in Boston on April 17, 2007 during this time period was approximately 37 degrees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

9-18-08 — /s/ Abdi Mohamoud

Date — Abdi Mohamoud