IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL REVERE TRANSPORTATION, LLC,<br>Defendant. | CIVIL ACTION NO. 06 CA 12297 RCL |

DECLARATION OF ANGELES APONTE IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

I am a paralegal with the Environmental Enforcement Section, Environment and Natural Resources Division, United States Department of Justice. I am familiar with the facts and circumstances set forth herein.

1. I am submitting this Declaration in support of the United States' Motion for Summary Judgment.

2. Attached to the Declaration of Rachel A Hankey (Hankey Declaration) as Exhibit G and LL is calendars for the years 2002- 2006.

3. Attached to the Hankey Declaration as Exhibit HH are certified records from the National Climatic Data Center for the five years from April 2001 to April 2006.

4. I have reviewed the National Climatic Center for March and April 2006. According to the National Climatic Data Center the minimum temperature for Boston during the 7 days of inspection in 2006 was: March 1- 18 degrees; March 8- 27 degrees; March 15: 32 degrees; March 21: 23 degrees; March 30: 43 degrees; April 4: 37 degrees; April 12- 41 degrees. This data is attached at Exhibit HH to the Hankey Declaration.

5. I have reviewed the National Climatic Data records, at Exhibit HH for any days on which the minimum temperature dropped below negative ten degrees, and have not found a single instance in which the temperature was below -10 degrees.

6. According to Exhibit HH, and using the calendars attached as Exhibits LL and G to discount weekdays and holidays, there have been 281 days under 35 degrees in Boston since

December 2002 and until February 27, 2006. I used the calendars attached as Exhibits LL and G to establish week days and holidays. I then counted each week day, discounting holidays, where the minimum temperature was below 35 degrees. I then made sure that I did not count the day if it was one of the days on which Mary Jayne Fay's notes already reflect a violation: January 27, 2003, January 25 and February 22, 2004, and January 17, February 6 and 21, 2005. One of these days did, and I subtracted that amount which is how I came up with 280.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Washington, D.C. on the 19th day of September, 2008.

__/s/ Angeles Aponte______

Angeles Aponte