UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL REVERE TRANSPORTATION, LLC,<br>Defendant. | Civil Action No. 06-cv-12297 RCL<br>The Honorable Reginald C. Lindsay |

**ORDER**

This matter having come before the Court upon the Motion of Plaintiff the United States of America, the Court having considered the briefs submitted by the parties, together with the supporting affidavits, and for good cause shown:

**IT IS**, this _____ day of ___________, 200__, hereby **ORDERED** that:

Plaintiff's Motion for Summary Judgment is GRANTED. Defendant Paul Revere Transportation, LLC, is liable as a matter of law with respect to the following violations of Section 113 of the Clean Air Act, 42 U.S.C.7413, and the Massachusetts idling regulation, 310 C.M.R. § 7.11(1)(b), as alleged in Plaintiff's Complaint in this matter:

- 143 violations, on March 1, 8, 15, 21, 30, and April 4, 5 and 12, 2006;
- 6 violations, on January 27, 2003, January 25 and February 22, 2004, and January 17, February 6 and 21, 2005;
- 364 violations, between February 27 and April 14, 2006, excluding the specific dates listed above; and

- 280 violations since December 2002, excluding the specific dates listed above.

Dated:______________________

______________________________
United States District Court Judge