## Page 25

1  that, but I don't exactly recollect now.
2  Q. You don't recollect the name?
3  A. Yeah.
4  Q. But do you recall where it was located?
5  A. Yeah, it's located in Somerville.
6  Q. Oh, also in Somerville?
7  A. Yes.
8  Q. Okay. After you were given the
9  assignment from your superior regarding Paul Revere
10 Transportation, can you tell me what you did?
11 A. Yes. I -- as I usually do, I -- I
12 reserve a car to go wherever we plan to inspect.
13 So I reserved a car and then initiated doing an
14 inspection as soon as car was available. And the
15 first car available was March 1st, when I initiated
16 doing an inspection.
17 Q. Other than yourself, do you know if
18 there was anybody else assigned to do inspections?
19 A. No. In terms of inspecting --
20 Q. The EPA.
21 A. -- Paul Revere?
22 Q. Yes.
23 A. No, I am not aware.
24 Q. Okay. Do you do these same type of

## Page 26

1  inspections to other bus companies?
2  A. I'm the person who's been assigned to
3  do these idling inspections, yes.
4  Q. Were you assigned to do the idling
5  inspections before or after February of 2006, these
6  other ones, the non-Paul Revere ones?
7  A. Prior to that I did some other
8  inspections and after that I did many inspections.
9  Q. Okay. For -- other than Paul Revere?
10 A. Yes.
11 Q. Okay. So in -- so the assignment to do
12 inspections on bus companies didn't start in February
13 of 2006; it was only as it related to Paul Revere
14 Transportation --
15 A. Correct.
16 Q. -- that it started in February of 2006?
17 A. Correct.
18 Q. Okay. How many times did you inspect
19 Paul Revere Transportation?
20 A. For the lot in Reading Street, seven
21 times, but also I visit when Paul Revere busses were
22 in Brookline.
23 Q. You're looking at a document that's
24 titled Table 1; is that correct?

## Page 27

1  A. Correct.
2  Q. Do you have memory independent of
3  looking at that document of how many times you
4  inspected?
5  A. Would you repeat the question, please?
6  Q. Sure. Other than by looking at the
7  document in front of you, the document you refreshed
8  yourself with earlier today, without looking at that,
9  do you have independent memory of how many times you
10 inspected Paul Revere?
11 A. I record my inspections and I -- it is
12 very hard to go back a year or two years ahead and
13 remember everything that you did. But according to
14 the notes, to the best of my recollection, that's
15 what I did.
16 Q. Well, that's my question to you, is
17 whether you have memory independent of your notes or
18 whether you're relying on your notes for your memory.
19 A. I'm relying on my notes.
20 Q. Okay. There are two different types
21 of notes that are in front of you right now that you
22 pulled out as the documents you looked at. One group
23 appears to be handwritten and the other group is
24 typed; is that a fair characterization?

## Page 28

1  A. Correct.
2  Q. Okay. The handwritten ones, is that
3  something that you handwrote?
4  A. That is my handwritten.
5  Q. Okay. And would those handwritten
6  notes reflect the dates that you did the inspections
7  of Paul Revere Transportation, whether it was at the
8  lot or anywhere else?
9  A. Yes.
10 Q. Okay. Why don't we mark as Exhibit
11 Number 2 --
12    Let me show you a document first and
13 ask you if this is a copy of what you were just
14 looking at, the handwritten log that you used to
15 refresh your memory.
16 A. Yes.
17 Q. Are those the same?
18 A. Yes.
19    MR. FRIEDMANN: Okay. Why don't we
20 mark as Exhibit Number 2 the handwritten logs. They
21 are Bates-stamped PRT1 through PRT9.
22    (Mohamoud Exhibit No. 2 was marked for
23    identification.)
24 BY MR. FRIEDMANN:

Page 29

1  Q. Then, sir, you also have in front of
2  you what appears to be a typewritten version; is that
3  correct?
4  A. Yes.
5  Q. Do you know how that typewritten
6  version was created?
7  A. Yes.
8  Q. How -- how was that created?
9  A. I'm the one who transferred that
10 information (indicating) to this database.
11 Q. Okay. So you transferred the
12 information from your handwritten log, Exhibit 2,
13 on to the table?
14 A. Yes.
15 Q. Let me show you another document that's
16 been produced by your counsel that's Bates-stamped
17 PRT10 and PRT11 and ask you if that's the same as
18 the typewritten document that you used to refresh
19 yourself with today.
20 A. Yes.
21    MR. FRIEDMANN: Okay. Why don't we
22 mark then the typed version as Exhibit Number 3.
23    (Mohamoud Exhibit No. 3 was marked for
24 identification.)

Page 30

1  BY MR. FRIEDMANN:
2  Q. Now, please, sir, correct me if I'm
3  wrong on this, but if I understand your testimony,
4  Exhibit 2, which is the handwritten version, was
5  something that you created while you were doing the
6  inspections.
7  A. Yes.
8  Q. And then Exhibit 3 is you typing up
9  and transferring onto sort of a spreadsheet that same
10 information?
11 A. After I get to the office.
12 Q. After -- okay. Do you know when
13 Exhibit 3 was created?
14 A. This was created -- it was dated as
15 being transferred from here to Exhibit 2 to Exhibit
16 3. It was the same day that I have conducted the
17 inspection.
18 Q. So Exhibit 2 you would have created
19 while you were in the field?
20 A. Yes.
21 Q. And then when you got back to the
22 office, you would have typed it out into what's now
23 Exhibit 3?
24 A. Correct.

Page 31

1  Q. Okay. Do you know where the original
2  of Exhibit 2 is?
3  A. Yes.
4  Q. Where is that?
5  A. In my office.
6  Q. Okay. So the original original, not a
7  photocopy of it --
8  A. No, original.
9  Q. Okay. That still exists?
10 A. Yes.
11 Q. And you have possession of it?
12 A. Yes.
13 Q. And that's your handwriting on it?
14 A. Correct.
15 Q. Okay. And did you create -- on
16 Exhibit 2, it appears that -- strike that.
17    It appears on Exhibit 2 that you
18 created a separate written log for each of the days
19 in question; is that correct?
20 A. Correct.
21 Q. Okay. And there is information written
22 on the log. Is that information that you wrote down?
23 A. The information on the log is my
24 writing, yes.

Page 32

1  Q. Okay. So, by example, if you look at
2  the first page of Exhibit 2, where it says time in,
3  time out, plate number and number, that's the columns
4  or categories that you kept track of?
5  A. Correct.
6  Q. Okay. Explain to me how you created
7  the logs, Exhibit 2.
8  A. When I arrived the first day, there was
9  several busses that was running at that time. So I
10 parked my car, got out of my car, went behind the
11 busses that was running -- that were running at that
12 time and wrote all the busses -- I write the time I
13 saw the busses running and then I write each bus, the
14 information that related to that bus, what is the
15 plate and what is the bus number.
16 Q. Okay. Is that the same practice that
17 you followed each of the days that you visited the
18 site?
19 A. No. When I get to the end of my
20 inspection, it might be the last day and two days
21 prior to that, I get sophisticated. And what
22 happened is that I -- every time I come, there was
23 busses running. I couldn't come early enough to
24 catch who was starting these busses.

Page 33

So what I did, I come earlier. And what I did, I parked my car when no one was there. So I went the back of the busses that was against the fence; they were back behind -- against the fence and I took all the busses that was lined up that way. So I sit behind and I was looking for when each bus was turned on. And every time a bus was turned on, I was taking the information -- I was putting the time that it was started.

Q. So the first time you went, busses were running?

A. Yes. Not the first time, but the first time, second time, third time. Three or four times, because I went there seven times.

Q. Uh-huh.

A. At least four or five times, the busses were already running. So what I wanted was to go ahead of time the last two or three times to see when these busses were being started up.

Q. Is there anything in your notes that would tell us which of the times you went there before the busses were started and which of the times --

A. Yes.

Page 34

Q. Okay. How can you tell from your notes?

A. I can show you and guide you where that is.

You see 4/04, you can see these times have not sequentially been arranged.

Q. Uh-huh.

A. That's when I came and I took all this information. All the busses were against the fence and as they were coming on, I was taking this information; and as they were leaving, I took this information down.

Q. Okay. On the time slip then for the April 4, 2006, you're saying that what you did is in the column that says plate number, you wrote down the plate numbers before the vehicles were started?

A. Correct.

Q. And then you then recorded the time that they were turned on and then the time that they were turned off?

A. Correct.

Q. Okay. Other than the April 4, 2006 time sheet, did you do that on any of the other dates?

Page 35

A. Yes, I did, for 4/12, too.

Q. For the 4/12/06 also?

A. Yes.

Q. Okay. While you were there, did you observe the reason that the busses were running?

A. No.

Q. Did you take notes of anything other than the bus number, the plate number, the time it was started and the time it was turned off?

A. No.

Q. Did you stay there uninterrupted the entire time?

A. Yes.

Q. Okay.

A. I was -- I was there all the time.

Q. Okay. When you would first get there, how would you note the time?

A. I have a running clock.

Q. I'm sorry?

A. I have a stopwatch.

Q. Okay.

A. So I start the time and then see each bus. The first time I have three things to watch the time; my watch, my cell phone and that running watch,

Page 36

to see all of them, if they are at the same time, and then I start the running -- the stopwatch to start the time.

Q. And how would you keep track of different busses at the same time?

A. The reason I run that -- that starting time, I want to see the longest bus's time. That's what I use for that one. The other two clocks I used for the other busses that was running at the same time. When a bus leaves -- if a couple of them leave at the same time, I look at my watch, I look at my cell phone time, and I go down and see each number and then I write down. But the stopwatch was the one which would be running the longest and the --

Q. Where did you observe the running from?

A. In the beginning, I -- when I write all the information, one time I was being looked at by the guy who was starting the bus when I was taking the bus numbers. And I realized he was going from bus to bus to start the busses. And when he realized -- when he looked at me, I didn't pay attention. I just directed my focus in another direction so he thought I was doing something else. So he never pay attention to me.

Page 37

But the first four or five times, I took my readings and my -- outside the fence.
Q. So outside the fence?
A. Yes.
Q. Okay. And on which side of the building or which side of the property?
A. The other side where the garage is located or the employees located, I cannot observe most of the busses from there. I was on the other side where the cross-section is.
Q. Were you outside the fence or inside the fence?
A. Yes, I was outside the fence.
Q. Okay. So outside the fence, the first three or four times, that's where you did your observation?
A. Yes.
Q. Okay. And could you see the activities that were going on inside the fence?
A. Inside the fence -- I could see the busses running. I could hear. The only thing that was separating between me and the busses were only the fence. So I could tell all the busses that were running. I could touch them if you want to. But I

Page 38

could not see what's going beyond that because the -- all the busses are very packed and they were very close. So I could not see -- I could see other busses that is running, but I could not take the information of those busses.
Q. Could you see drivers?
A. No.
Q. Could you see mechanics?
A. I saw only one person entire time I was there except -- except that some of the busses were turned on a while ago. Drivers came about 6:30, seven o'clock, and they just get in and drove it away. I could see those people. But initially I saw at the early time, when I go there, I saw only one person going from one bus to another and each time he goes into the bus, the bus -- the lights, the back lights of the -- of the bus were dark, seemed no activity was going on. As soon as he goes in, there was a -- lights come on and there was a puff of smoke coming from the exhaust of the car.
Q. Can you describe this person to me?
A. I -- it was dark. I could not tell or describe him. But there was someone.
Q. Was this the first time you went, the

Page 39

second time you went, how many --
A. I saw -- I saw a couple of times. Most of the busses, early times, were on by the time I got there.
Q. Uh-huh.
A. But when I got -- the last couple of times there earlier than anybody else, I saw this person going around turning on these busses.
Q. But you couldn't identify the person?
A. Not at all.
Q. Did you ever take any pictures of any of this?
A. No.
Q. Okay. Did you take any videos of this?
A. No.
Q. So just -- just your handwritten notes?
A. That's true.
Q. And if I understand what you're telling me, there was somebody who you couldn't identify as the person that was doing this?
A. That's true.
Q. Did you ever come on the premises and ask anybody any questions --
A. No.

Page 40

Q. -- as part of your investigation?
A. No.
Q. Why not?
A. My job was to observe the violations and how long they were taking place. I wasn't there to advise or tell people to comply.
Q. Okay. How many of those busses that were running had their air pressure reached a safe level to be operable?
A. I could not tell.
Q. How many of those busses had mechanical problems?
A. I could not tell, but it would be easier to see if anybody was doing anything to those busses. As far as I know, the engine of these busses are located at the back of the busses. And if anyone was doing mechanical work on this bus, it would have been very obvious to me to see that person doing anything to those busses.
Q. How many times were the busses being jump-started?
A. I haven't seen anyone that's been there jump-starting.
Q. Okay. So as you sit here today, can

Page 41

1 you tell me whether those busses that were being run
2 were being run because there were mechanical problems
3 or not?
4    A.   It would be very difficult for me to
5 say that is the case, but I could tell you that I
6 haven't seen anything that would tell me that it
7 was a mechanical that needed those busses to run.
8    Q.   Did you ask to see the pressure gauges
9 to see if the air pressure was building up?
10    A.   I didn't talk to anyone, so I couldn't
11 ask that.
12    Q.   Did you ask to see if any of the lines
13 on the busses were frozen?
14    A.   No, I didn't talk to anyone.
15    Q.   Okay. So you don't know one way or the
16 other?
17    A.   No.
18    Q.   Okay. But you saw idling of busses?
19    A.   I do.
20    Q.   But you don't know the mechanical
21 necessity of that, do you?
22    A.   It would be very difficult to not see
23 someone doing something if there was a necessity for
24 those busses to idle because nobody was opening the

Page 42

1 engines of those busses to see whether they were
2 doing something. It was -- it was very easy for
3 me to see anyone who was doing that.
4    Q.   Is it your testimony that in order to
5 determine if the air pressure had built up on the
6 busses that it would be necessary to open the engine
7 compartment?
8    A.   What -- what I understood that if --
9    Q.   No, you just have to answer my
10 question.
11    A.   Okay.
12    Q.   Is it your testimony that if the air
13 pressure on the busses had not built up that you
14 would need to open the engine compartments at the
15 rear of the bus?
16    A.   I'm not sure.
17    Q.   All right. Why is it that you didn't
18 take any pictures of any of these alleged violations?
19    A.   It would be very difficult -- because
20 it is -- number one, it was very dark at night when I
21 was doing most of these inspections and it will be
22 very -- very -- the picture won't come out very good
23 and it's not our procedure to take pictures when
24 we're doing inspections.

Page 43

1    Q.   Did -- and you, likewise, didn't take
2 any videos of this?
3    A.   That's true.
4    Q.   Okay. And is that also not your
5 procedure?
6    A.   That's true.
7    Q.   How many of these different
8 inspections -- in addition to the seven that you
9 did here, how many other inspections have you done
10 in your career?
11    A.   It will be hard to say how many, but I
12 did quite a number of inspections.
13    Q.   More than a hundred?
14    A.   Way more than 100.
15    Q.   More than 1,000?
16    A.   I cannot really put myself to say
17 exactly how much, but I will say a lot of
18 inspections.
19    Q.   More than 200?
20    A.   More than 200.
21    Q.   Okay. You had looked at a couple of
22 vehicle idling interview forms as part of your
23 preparation. Do you recall that?
24    A.   Interview forms are -- I looked on

Page 44

1 witness interview forms.
2    Q.   Looked like this, a form like this?
3    A.   Yes.
4    Q.   Okay. How many of those did you look
5 at?
6    A.   Two.
7    Q.   Okay. Is this one of the vehicle
8 idling interview forms for witnesses that you looked
9 at before coming here today?
10    A.   Yes.
11    Q.   What was your involvement in filling
12 out this vehicle idling interview form?
13    A.   I was accompanying the person who did
14 this.
15    Q.   Who was the person that did this?
16    A.   Abby Swaine.
17    Q.   Who is Abby Swaine, if you know?
18    A.   An EPA employee.
19    Q.   Is she still employed by EPA?
20    A.   Yes.
21    Q.   And what is her position with EPA?
22    A.   She works in the AP2 program.
23    Q.   I'm sorry. AP2 program?
24    A.   Yes.

Page 61

1  Q. Okay. And was this a parking lot or
2  was it --
3  A. It was a big -- it was -- it was in a
4  very big business place and I don't know what these
5  people were coming, but the busses has a location on
6  themselves and people were going on the busses and
7  the busses were idling all the time. Sometimes they
8  were empty; sometimes there were one passenger. But
9  most of the busses that I documented were empty and
10 they were in line, waiting for customers to be -- to
11 get on.
12 Q. Okay. And so you went to this location
13 and you then did what?
14 A. I observed what -- how many minutes
15 each bus was --
16 Q. Okay. That would be the April 5,
17 2006 --
18 A. Correct.
19 Q. Okay. And you took down by time and
20 plate number?
21 A. Correct.
22 Q. And how did you -- describe for me the
23 process that you went through.
24 A. I -- when I arrived at the site, I

Page 62

1  stood at the corner where I can see all the busses
2  that were lined up and I started from the time the
3  bus arrived to be in line until the bus left.
4  Q. And what did you do in between?
5  A. I was standing there.
6  Q. Okay. And did you note which ones had
7  passengers on them?
8  A. The -- they are in line and bus is not
9  being loaded until it comes to the first off the
10 circle or the line. So they are in line, each one
11 comes -- that comes behind and then they will come to
12 a line and then people will get on and then it drives
13 away.
14 Q. Okay. So you started -- how did you
15 determine the start time for each vehicle?
16 A. As soon as the bus joins the line.
17 Q. Okay. And how did you determine the
18 stop time?
19 A. When the bus comes to the first circle
20 and people get loaded.
21 Q. When they start getting loaded --
22 A. Yes.
23 Q. -- or when they pulled out?
24 A. When they're loading, because that's --

Page 63

1  loading, you cannot say -- people need the heat of
2  the bus, they need some mechanical maybe needed to
3  open the doors. So you cannot say -- as soon as
4  people start loading, you cannot count that as a
5  violation.
6  Q. Okay. And you wrote it down by plate
7  number and then by bus number?
8  A. Whatever -- sometimes I didn't want to
9  be observed and detected, so if I can take both of
10 them, I can take both of them. But if I cannot take
11 it, the number is easier to be taken because it's all
12 over the bus.
13 Q. And what kind of busses were these?
14 A. Small minivans, most of them.
15 Q. And how do you know they were diesel?
16 A. I -- I couldn't tell that they were
17 diesel or not.
18 Q. Okay. Is it your understanding that
19 the five-minute idling rule applies only to diesel?
20     MS. HANKEY: I'm just going to object.
21 It's calling for a legal conclusion.
22     But you can -- I'm not instructing you
23 not to answer.
24 A. All vehicles are -- is prohibited to

Page 64

1  idle more than five minutes.
2  Q. That's your understanding?
3  A. Yes.
4  Q. Okay. I'm not suggesting an answer;
5  I'm just asking what your answer is.
6  A. No, that's okay.
7  Q. So you went there one time to
8  Brookline Ave.
9  A. Yes.
10 Q. Okay. And have you ever been back
11 there?
12 A. No.
13 Q. Did you take any pictures that day?
14 A. No.
15 Q. Now, that would have been during the
16 day?
17 A. Yes.
18 Q. So there would be no problem with
19 light?
20 A. Not at all.
21 Q. Okay.
22 A. It was --
23 Q. And you didn't take any video?
24 A. No.

Page 65

1  Q.  Okay. Is that standard procedure for
2  your investigations?
3  A.  Yes.
4  Q.  Okay. And who taught you those
5  standard procedures?
6  A.  I was trained to do that.
7  Q.  Okay. To not take pictures and not
8  take video?
9  A.  Most of the time what we do doesn't
10 involve taking pictures, so it's a normal routine
11 for an inspector to just rely on his notes.
12 Q.  With regard to the Brookline Avenue
13 location, was there anybody else other than yourself
14 that was assigned to that investigation?
15 A.  No.
16 Q.  And were there any statements that were
17 obtained from any alleged witnesses?
18 A.  No.
19 Q.  Do you know from whom the complaints
20 came?
21 A.  Yes.
22 Q.  From whom?
23 A.  It's privileged information. I
24 cannot -- it's a witness, so I cannot --

Page 66

1  Q.  It's a protected witness?
2  MS. HANKEY: We may need to discuss
3  because I don't -- I honestly don't know the answer.
4  So --
5  MR. FRIEDMANN: Do you want us to get
6  out for a second while you discuss it?
7  MS. HANKEY: Yeah, if you wouldn't --
8  MR. FRIEDMANN: Okay. Why don't we
9  take a couple-minute break.
10 MS. HANKEY: Otherwise, if you want
11 to do it later, he can come back, but either way.
12 MR. FRIEDMANN: No, that's fine.
13 (Recess taken from 2:17 p.m. until
14 2:23 p.m.)
15 BY MR. FRIEDMANN:
16 Q.  Sir, with regard to the
17 Brookline Avenue busses that you observed, how
18 would you determine whose bus it was?
19 A.  The name was all over the bus.
20 Q.  Was it Paul Revere Transportation --
21 A.  Yes.
22 Q.  -- or Paul Revere Transportation
23 busses?
24 A.  Yes.

Page 67

1  Q.  There were other busses in that line,
2  right, other than Paul Revere Transportation?
3  A.  I haven't seen any.
4  Q.  I'm sorry?
5  A.  I haven't seen any other bus.
6  Q.  So it's your testimony that it was only
7  Paul Revere Transportation busses that were in that
8  line?
9  A.  As far as I know, to the best of my
10 recollection.
11 Q.  Okay. What kind of busses? What kind
12 of Paul Revere Transportation busses --
13 A.  It was a minibus and also a little
14 bit between the big busses and the small -- and the
15 minibusses, there was a couple of medium busses.
16 Q.  Okay. And you wrote down the bus
17 number --
18 A.  Yes.
19 Q.  -- along with the plate number?
20 A.  On most of the vehicle numbers.
21 Q.  Right.
22 A.  And whatever I can for the vehicle
23 number, plate number.
24 Q.  And then you -- how did you keep track

Page 68

1  of the time there? Did you use a stopwatch or --
2  A.  I used my cell phone clock.
3  Q.  So you would see when it first stopped?
4  A.  Yes.
5  Q.  Okay. How did you determine whether
6  busses were turned off or on while they were in line?
7  A.  I could see the exhaust. It was a
8  cold -- it wasn't a really hot day, so you could see
9  the exhaust.
10 Q.  I'm sorry. It was a really --
11 A.  It wasn't a hot day. It was a cold --
12 Q.  It was not a hot day?
13 A.  Yes.
14 Q.  Okay.
15 A.  You can see the exhaust and you can --
16 I was walking sometimes back and forth to make sure
17 these busses were running.
18 Q.  Okay.
19 A.  And some of the busses -- some of
20 the guys asked me questions why I'm here and they --
21 they -- one of the bus drivers was making a reference
22 that the State was aware of our idling and I hope
23 you're not from the State. He made a statement like
24 that. But I -- I ignored that because I didn't want

Page 73

1  Government-issued car?
2  A. Yes.
3  Q. Do you have to sign it in and out?
4  A. Yes.
5  Q. Okay. And so there would be some
6  records that would show what time you signed the
7  car out and what time you came back?
8  A. Yes.
9  Q. And would you have come back right
10 after doing your observations at this location?
11 A. Sometimes I might stop looking for
12 other places, but that doesn't necessarily mean that
13 I did come back, because I have other -- what do you
14 call it -- operations I might be fulfilling. But
15 most of the time I go back when I finish my job.
16 Q. Is there a reason you only do an
17 observation on a day that you're using a Government
18 car?
19 A. I always use a -- I don't have to
20 use my car. Always we've been assigned to use a
21 Government car.
22 Q. Okay. So every day that you went to
23 observe Paul Revere Transportation is a day that you
24 used a Government car?

Page 74

1  A. Correct.
2  Q. And so there would be a record of when
3  you checked that car out --
4  A. Correct.
5  Q. -- to start and when you checked it out
6  to come back?
7  A. Correct.
8  Q. Now, on the times you went there at
9  3:00 or 4:00 in the morning, did you go to work
10 first and get the car and then drive to Paul Revere
11 Transportation?
12 A. No, I got the car the day before and
13 keep it at my house overnight and I wake up early to
14 go to the site.
15 Q. And then after going to the site, what
16 would you do? Would you just return the car?
17 A. After I finish my routine, yes.
18 Q. Okay. And how would your children get
19 to school on those days?
20 A. My wife drives them.
21 Q. Okay. So on the days that you were
22 there really early, your wife took the kids to
23 school --
24 A. Yes?

Page 75

1  Q. -- in your own car?
2  A. Yes.
3  MR. FRIEDMANN: Okay. Why don't we
4  take a five-minute break.
5  MR. DAIN: Okay.
6  MS. HANKEY: Do you want the room or
7  want us --
8  MR. FRIEDMANN: No, you can stay.
9  MS. HANKEY: Okay.
10 (Recess taken from 2:31 p.m. until
11 2:36 p.m.)
12 BY MR. FRIEDMANN:
13 Q. Sir, when you would get to
14 Paul Revere's garage, what street was it that
15 you were parking on?
16 A. There is a cross-section -- there is
17 a -- if -- I parked my -- when I was initially taking
18 the notes, I parked my car somewhere and then walked
19 behind the busses and take the information that way.
20 Q. I'm not following you. I'm sorry.
21 A. Initially, when I take the information,
22 I parked my car and then take the information off the
23 busses that were running.
24 Q. Uh-huh.

Page 76

1  A. And then I sit back with my -- in my
2  car -- initially I didn't use binoculars, but at the
3  end of a couple of times, I used the binoculars to
4  sit back in my car across the street where I can
5  observe all the cars.
6  Q. Okay. So what -- what street were you
7  parked on?
8  A. The street -- the cross-section of
9  Melnea Cass and -- I don't have exactly the name of
10 the street, but it's a street directly across. It's
11 behind the fence. I don't know if you know --
12 Q. Reading Street or Reading Street?
13 A. No, no, Reading is the other side.
14 Q. Okay.
15 A. I'm on this side, Melnea Cass; there's
16 a light intersection there. That is the street I was
17 sitting directly behind those cars.
18 Q. Okay. And so you would first park,
19 then you'd walk over and write down the bus numbers?
20 A. The information, yes.
21 Q. And then go back to your car?
22 A. Yes.
23 Q. And sit?
24 A. And sit and observe -- that happened

## Page 77

the last couple of times. When I came earlier to take the information before someone showed up and started these vehicles, I took the information of the cars and I sit back with my binoculars in the car and see which bus was coming on each time.

Q. Okay. So the later visits, you would take down the numbers and then you had binoculars with you --

A. Yes.

Q. -- so you could see what was going on in the yard?

A. Yes, exactly.

Q. Okay. The earlier visits --

A. I walked.

Q. -- you walked over --

A. Yes.

Q. -- wrote down numbers and then went back to your car?

A. No, what I was doing, I was going back and forth because nobody was looking to see which car it was.

Q. So for that hour or hour and a half, you would just be walking in the street --

A. The majority -- yes.

## Page 78

Q. -- or along the street?

A. It was along -- not along it. There's a sidewalk that's behind the -- between the street and the fence.

Q. What -- when you say there's a sidewalk along, which side would you be walking?

A. I was walking back and forth off of the did -- along the fence.

Q. The -- yeah, but on the Melnea Cass Boulevard side?

A. Melnea Cass side, yes.

Q. Okay. And you'd be walking the length of the --

A. The fence.

Q. -- of the fence there?

A. Yes.

Q. Do you know how long that fence is?

A. I would say it's about 80 feet or 100 feet.

Q. Okay. And then you would just walk back and forth?

A. Yes.

MR. FRIEDMANN: Okay. I have no further questions at this time.

## Page 79

MS. HANKEY: Just one second. Could you mark this as Exhibit -- I don't know what the next one is.

MR. DAIN: 6, I think.

MS. HANKEY: 6.

(Mohamoud Exhibit No. 6 was marked for identification.)

EXAMINATION
BY MS. HANKEY:

Q. I just have a couple of quick questions.

I'm showing you what has been marked as Exhibit 6 and it's Bates labeled PRT142 to PRT149. And I'm wondering, Mr. Mohamoud, if you could just take a look through the pictures and show where on the picture was the sidewalk that you were walking along when you were on your first few visits.

A. Yes, along this walk.

Q. Okay. We're looking at a picture that's Bates labeled PRT00142.

A. Yes.

Q. And there's a sidewalk and a fence and some busses?

A. Outside of the fence. That's where I

## Page 80

was walking.

Q. Okay. And when you were parked in your car, is there a picture that shows what your vantage point would be from the car?

A. Yes. I was sitting out here across the street and all these busses, I can see them all along.

Q. And are there any other pictures in there that would also show that vantage point?

A. This clearly shows that.

Q. So that -- we're looking at Bates labeled PRT00145. And just, if you could explain, what is the picture showing?

A. It's showing the busses that's being parked against the fence inside the yard. They are being parked against the fence.

Q. Okay. And could you take a look at the next picture, PRT00146. And what does that picture show?

A. That shows when the bus is on, the lights of the tail -- the tailgate at the back of the bus are on and you can see clearly one of these busses stands out from the others when it's on.

Q. And I want to point out for the record

Page 81

1  these are not pictures of your violations, are they?
2     A.   No.
3     Q.   These are pictures that were taken at a
4  later date?
5     A.   Yes.
6     Q.   Okay. But do the pictures reflect how
7  the busses were parked when you visited the facility?
8     A.   Exactly.
9     Q.   I wanted to go back to something that
10 Mr. Friedmann asked you and you said that it was
11 privileged and I just want to go back to the record
12 after our discussion.
13         He asked you who was the witness who
14 made a complaint about the Brookline Avenue idling
15 violations. Do you remember that question?
16    A.   Yes.
17    Q.   And we've discussed it and determined
18 that it's not privileged, so would you answer who was
19 the person who made the complaint, if you know?
20    A.   Yes. Abby Swaine, an EPA --
21    Q.   Okay. And then one other thing I
22 wanted to clarify.
23         You said that Abby worked at something
24 called AP2?

Page 82

1     A.   Yes.
2     Q.   Is that basically A, P, and then 2?
3     A.   Yes.
4     Q.   And does that stand for the Assistance
5  & Pollution Prevention Section?
6     A.   To the best of my knowledge, yes.
7     Q.   I wanted to clarify one other thing.
8         The time out that's reflected on your
9  handwritten notes, can you just clarify what that
10 time out -- does that reflect when the bus left or
11 does that reflect when the bus was turned off? What
12 does that reflect?
13    A.   It reflects the time the bus left.
14    Q.   Okay. Just -- I wanted to clarify
15 that.
16        Another thing. When you visited the
17 facility, were there multiple busses on at one time?
18    A.   Yes.
19    Q.   More than two?
20    A.   Yes.
21    Q.   More than three?
22    A.   Yes.
23    Q.   More than four?
24    A.   Yes.

Page 83

1     Q.   Sometimes, was there a dozen busses on
2  at one time?
3     A.   Yes.
4         MS. HANKEY: Okay. And that's all the
5  questions that I have.
6         THE WITNESS: I might add --
7         MS. HANKEY: No. No, you can't.
8         THE WITNESS: Okay.
9             EXAMINATION
10 BY MR. FRIEDMANN:
11    Q.   Sir, what is your training with regard
12 to the operation of busses?
13    A.   I was trained to inspect idling.
14    Q.   No, that wasn't my question to you.
15        Your operation of busses, how busses
16 operate. Who trained you on that?
17    A.   I'm not familiar with how busses
18 operate.
19    Q.   Okay. So you don't know when they have
20 their auxiliary generators on or not on, do you?
21    A.   No.
22    Q.   Okay. So you don't know when the
23 lights -- when the auxiliary generators are turned
24 on and the lights light up, you don't know if that

Page 84

1  bus is running or not, do you?
2     A.   I might say that most of the time --
3     Q.   Sir, you need to try to concentrate on
4  my question.
5     A.   I will answer your question.
6     Q.   No, no, that's the question that's
7  before you. That's what you have to answer.
8     A.   I'm not familiar with that.
9         MR. FRIEDMANN: Okay. I have no
10 further questions.
11        MS. HANKEY: One question.
12            EXAMINATION
13 BY MS. HANKEY:
14    Q.   When you walked along the sidewalk,
15 could you hear the bus on?
16    A.   Yes.
17    Q.   Could you see exhaust on?
18    A.   Yes.
19        MS. HANKEY: No further questions.
20        MR. FRIEDMANN: I guess we're all set
21 with this witness. Thank you.
22        MR. FRIEDMANN: Thanks.
23        (Deposition of Abdi Mohamoud concluded
24 at 2:47 p.m.)