UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-cv-12297 GAO |
| v. ) | |
| ) | The Honorable George A. O'Toole Jr. |
| ) | |
| PAUL REVERE TRANSPORTATION, LLC, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE PERTAINING TO PAUL REVERE'S EFFORTS TO COMPLY WITH THE MASSACHUSETTS IDLING REGULATION**

Plaintiff, the United States of America ("United States"), submits this Motion *in Limine* pursuant to Rules 401, 402, 403, and 802 of the Federal Rules of Evidence ("FRE") to exclude evidence that the Defendant, Paul Revere ("Defendant"), has indicated it may offer in the upcoming liability trial regarding the Defendant's efforts to comply with the Massachusetts Motor Vehicle Idling regulation because it is irrelevant to determining whether any alleged violation occurred. Simply, evidence efforts to comply with the law, even if in good faith, is not probative of whether a party has in fact complied with a strict liability civil statute such as the Clean Air Act. Therefore, for the reasons stated in the attached memorandum, the United States respectfully requests that the Court grant this Motion *in Limine* to exclude Defendant's evidence regarding efforts to comply with the Massachusetts Motor Vehicle Idling regulation ("Idling regulation"). Moreover, this evidence constitutes inadmissible hearsay under Rule 802 of the Federal Rules of Evidence. [1]

---

[1] The parties have met and conferred on this motion in accordance with Local Rule 7.1.

1

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


 /s/Rachel A. Hankey
RACHEL A. HANKEY
CA Bar No. 226325
JEFFREY K. SANDS
Trial Attorneys
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044
(202) 514-4454
rachel.hankey@usdoj.gov


MICHAEL K. LOUCKS
Acting United States Attorney

GEORGE B. HENDERSON, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3272
George.henderson2@usdoj.gov

OF COUNSEL:
GREG DAIN
Senior Enforcement Counsel
U.S. Environmental Protection Agency
One Congress Street
Boston, MA 02114
(617) 918-1777