UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL REVERE TRANSPORTATION, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-cv-12297 GAO<br><br>The Honorable George A. O'Toole, Jr. |

DECLARATION OF RACHEL A. HANKEY IN SUPPORT OF UNITED STATES' MOTION
*IN LIMINE* TO EXCLUDE THE TESTIMONY OF MR. JAMES M. LYONS

I am a Trial Attorney with the Environmental Enforcement Section, Environment and Natural Resources Division, United States Department of Justice. I am one of the attorneys representing Plaintiff United States of America ("United States") in the above-captioned action. Accordingly, I am familiar with the facts and circumstances set forth herein.

1. I am submitting this Declaration in support of the United States' Motion *In Limine* to Exclude the Testimony of Mr. James M. Lyons.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of James M. Lyons.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the July 10, 2008 Deposition of James M. Lyons.

4. Attached as Exhibit 3 is a true and correct copy of Mr. David J. Brzezinski's Estimate of Total Idling Emissions Report dated April 25, 2008.

5. Attached as Exhibit 4 is a true and correct copy of Mr. David J. Brzezinski's Supplemental Estimate of Total Idling Emissions dated July 31, 2008.

6. Attached as Exhibit 5 is a true and correct copy of the May 29, 2008 email exchange between Jeremy Heiken and Jim Lyons.

7. The parties met and conferred regarding this motion on April 22, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This declaration was executed in Washington, D.C. on the 26th day of April, 2009.

    /s/Rachel A. Hankey

Rachel A. Hankey