# EXHIBIT 2

DECLARATION OF RACHEL A. HANKEY IN SUPPORT OF UNITED STATES' MOTION
IN LIMINE TO EXCLUDE THE TESTIMONY OF MR. JAMES M. LYONS

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

United States of America,  )
                           )
          Plaintiff,       ) Civil Action No. 06 CA
                           ) 12297 RCL
     v.                    )
                           )
Paul Revere Transportation LLC, )
                           )
          Defendant.       )

DEPOSITION OF JAMES M. LYONS

THURSDAY, JULY 10, 2008

**ORIGINAL**

Reported by Jacqueline Toliver
Certified Shorthand  Reporter
California License No. 4808

Peters Shorthand Reporting Corporation (916) 362-2345

42

1   A   No, I don't believe so.
2   Q   If you would turn to page 3, in the first -- after
3   the numbered opinions, it says:
4           As my work in this case is ongoing, I may
5           update and revise my analysis and conclusions.
6           What does that sentence mean, exactly?
7   A   What that sentence means is that if I receive
8   additional information or am requested to look at
9   additional issues that I may do that, and then that may
10  lead to an update and revision of my analysis and
11  conclusions.
12  Q   Is there any information that you're continuing to
13  look for at this point?
14  A   No, I don't believe so.
15  Q   Were there any limitations placed on your work?
16  A   To the best of my recollection, the only limitation
17  was a deadline for submittal of a report.
18  Q   Was there anything you considered putting in your
19  report that you eventually chose not to?
20  A   I guess, very early on in the process before I'd
21  had a chance to review everything, I thought that there
22  might be a need to put alternative estimates of the bus
23  emissions in the report, but I later changed my mind to
24  some degree.
25  Q   Is there a reason you changed your mind?

Peters Shorthand Reporting Corporation (916) 362-2345

43

1  A   Yes.
2  Q   What was that?
3  A   I reviewed the available literature regarding
4  emissions from idling Diesel vehicles and decided that
5  the emission factors that had been used in the EPA
6  report were representative of those available in the
7  literature, with certain caveats.
8  Q   Are there any caveats that aren't stated in your
9  report?
10 A   No, I don't believe so.
11 Q   Was there anything you were asked not to do in
12 preparing your report?
13 A   I'm not sure I understand the question.
14 Q   Is there anything you were asked not to include in
15 your report?
16 A   No, I don't believe so.
17 Q   Did you review any information or material that was
18 inconsistent with any of the opinions stated in the
19 report?
20 A   Not that I can recall.
21 Q   Anything that was counter to your opinions?
22 A   Not that I can recall.
23 Q   Do you recall how much time you spent on this
24 matter?
25 A   Not precisely.

Peters Shorthand Reporting Corporation (916) 362-2345

60

1  hot spot?
2  　　　　MR. FRIEDMANN: Objection.
3  　　　　THE WITNESS: Again, I think it depends on the
4  roadway and who's doing the consideration.
5  　　Q   BY MS. HANKEY: Are you offering any
6  opinion as to whether there were any health effects
7  caused to the people who lived next door to the Paul
8  Revere facility?
9  　　　　MR. FRIEDMANN: Objection.
10 　　　　THE WITNESS: I don't believe so.
11 　　Q   BY MS. HANKEY: Are you offering any
12 opinion as to whether there was any harm or health
13 effects caused to the employees who worked at the Paul
14 Revere facility?
15 　　　　MR. FRIEDMANN: Objection.
16 　　　　THE WITNESS: Again, I don't believe so.
17 　　Q   BY MS. HANKEY: Do you consider yourself as
18 having an expertise in evaluating the health effects
19 from emissions at a facility?
20 　　A   It's not something that I routinely do, no.
21 　　Q   On pages 4 and 5, you have some position about the
22 NAAQS and attainment with respect to the NAAQS; is that
23 correct?
24 　　A   I believe that's correct, yes.
25 　　Q   How is this information related or relevant to your

1  temperature for the device to be effective for reducing
2  hydrocarbons?
3  A   Well, it's the device, actually, that needs to
4  reach a certain temperature.
5  Q   The catalyst?
6  A   Yes.
7  Q   And what does the catalyst depend on to reach
8  temperature?
9  A   The catalyst depends on a whole number of factors
10 to reach temperature.
11 Q   And what would those be?
12 A   Primarily it's going to be the temperature of the
13 exhaust which is going to be what's heating up.  It's
14 also going to depend on the nature of the catalyst
15 substrates, the design of the housing.  Things like
16 that will affect the rate at which the catalyst gets to
17 a given temperature.
18 Q   Do you know what temperature these devices need to
19 reach before they're affected?
20 A   Not specifically, no.
21 Q   Do you know if there have been any tests or studies
22 on these particular devices on their effectiveness on
23 idle during warm-up periods?
24 A   Not to the best of my knowledge.
25 Q   Are you offering any opinion on whether

DEP-002634

66

1    hydrocarbons are reduced at idle in the emissions
2    calculation that was done?  Are you offering any
3    opinion as to whether the hydrocarbons should be
4    reduced?
5    A    Can you repeat the question, please?
6    Q    For the emissions calculation that was done in this
7    case that you've reviewed, are you offering any opinion
8    as to whether the hydrocarbons should be reduced
9    because of the filters?
10   A    Well, Opinion No. 7 will say that the retrofit
11   installation of Cleaire Longview exhaust aftertreatment
12   devices, combined with the use of ultra-low sulfur
13   Diesel fuel, reduces PM emissions during idling and PM,
14   NOx, VOC, and CO emissions during operation, so I
15   guess the answer to your question is yes.
16   Q    Let's go back to the statement.  No. 7, it says
17   that the use of ultra-low sulfur Diesel fuel reduces PM
18   emissions during idling and PM, NOx, VOC, and CO
19   emissions during operation.  So PM emissions is the
20   only thing that is specifically reflected for at idle?
21   A    Yes, I believe that's correct.
22   Q    And is that still your opinion here?
23   A    Yes, I believe so.
24   Q    Pages 5 through 8 discuss different types of
25   regulating emissions -- different methods of regulating

1  plugged, how the flow patterns and residence time in
2  the system are affected, how the temperature in the
3  systems are affected.
4  Q   If there has been damage to the filter, would that
5  affect the particulate matter emissions?
6  A   It could.
7  Q   The Cleaire device was verified by CARB; is that
8  correct?
9  A   That's my understanding, based on the executive
10 order that I reference in my report.
11 Q   Do you need to see the executive report?
12 A   I recall what the executive order was.
13 Q   Do you know what the verification procedures were?
14 A   I'm generally aware of the verification procedures.
15 Q   And what are the verification procedures?
16 A   In general, they require a demonstration of the
17 durability of the device, as well as demonstration of
18 its efficacy.  There's certain procedures laid out for
19 aging the device and measuring its emissions.
20 Q   Does the verification procedure require any type of
21 study of effectiveness at idle?
22         MR. ALEXANDER:  Objection.
23         THE WITNESS:  Without having the verification
24 procedures available to me, I don't recall exactly what
25 the test cycles are that are specified.  My expectation

Peters Shorthand Reporting Corporation (916) 362-2345

86

would be that there is some idle associated with them.

Q BY MS. HANKEY: How long would the idle period be in the test cycle?

MR. ALEXANDER: Objection.

THE WITNESS: Without seeing the procedures, I'd have to speculate, but my guess would be on the order of minutes.

MS. HANKEY: Can you mark this as Exhibit 4.

(Exhibit No. 4 marked for identification.)

Q BY MS. HANKEY: This is a document that was cited in your report?

A Yes, I believe so.

Q Is this the document from Footnote 33? Is that correct?

A Yes, I believe so.

MR. ALEXANDER: Yes.

Q BY MS. HANKEY: Do you know who prepared -- is this a PowerPoint presentation? Is that an accurate way to describe it?

A As I recall, it is, yes.

Q Do you know who prepared this presentation?

A My understanding is that it was Bradley L. Edgar.

Q Who's Bradley Edgar?

A I don't know him personally. I believe he works with Cleaire.

DEP-002655

90

1   gasoline-powered vehicle as a function of air-fuel
2   ratios.
3   Q   What's the source of the information for the
4   diagram?
5           MR. ALEXANDER:  Objection.
6           THE WITNESS:  The source of information for the
7   diagram ultimately has been testing of
8   gasoline-powered, spark-ignition vehicles and looking
9   at how the emissions change as a function of the
10  air-fuel ratio.
11          Q   BY MS. HANKEY:  Who was the author of the
12  diagram that you relied on?
13  A   The diagram has been around for so long I don't
14  know that anybody will claim it as theirs at this
15  point.
16  Q   Do you know how long the idling period was in this
17  testing?
18  A   Well, it says it's over the UDDS cycle.  I don't
19  know, sitting here, exactly how long the idling period
20  was, but it's whatever is associated with the UDDS
21  cycling.
22  Q   Other than this PowerPoint presentation, are you
23  aware of any other tests or studies regarding the
24  effectiveness of the Longview device at idle?
25  A   Specifically at idling?  I don't believe so, no.

91

Q   Do you know who installed the Longview devices at Paul Revere?

MR. ALEXANDER:  I'm having a little problem hearing, Rachel.  Can you and Mr. Lyons speak up?

Can you hear me, by the way?

MS. HANKEY:  Yes.

Q   So do you know who installed the Longview devices at Paul Revere?

A   Not to the best of my knowledge, no.

Q   Do you know if the duty cycles on the vehicles was checked before the device was installed?

MR. ALEXANDER:  Objection.

THE WITNESS:  I don't recall knowing that, no.

Q   BY MS. HANKEY:  Do you know what the maintenance procedures are that Paul Revere uses for the Longview device?

A   Not specifically I don't, I don't believe.

Q   Do you know how often the filters are cleaned?

A   I don't think I know that specifically, no.

Q   I wanted to ask you about what you referred to as the OEM device on the Detroit Diesel buses.

A   Yes.

Q   Do you know how this device works?

A   I believe it's another wall-flow particulate trap.  It's again a catalyzed particulate trap.

1  Q   So is it any different from the Longview device?
2  A   Yes, I believe it is.
3  Q   What's the difference between the Detroit Diesel
4  device and the Longview device?
5  A   Well, I'm not sure of all the specific differences,
6  but I believe the main difference would be the fact
7  that it doesn't have the NOx-reduction catalyst.
8  Q   The Detroit Diesel filter, does that rely on
9  temperature at all?
10 A   Again, I believe that the operation of the
11 catalyzed element of the device would rely on
12 temperature, yes.
13 Q   And how does this filter regenerate?
14         MR. ALEXANDER:  Objection.
15         THE WITNESS:  There's a number of different
16 ways in which filters can be designed to regenerate.
17 I'm not sure specifically which mechanism this
18 particular filter utilizes, although it's catalyzed, so
19 it's using the catalyst to create the conditions
20 required for regeneration.
21     Q   BY MS. HANKEY:  So do you know what's
22 referred to as a device that is using passive
23 regeneration or active regeneration?
24         MR. ALEXANDER:  Objection.
25         THE WITNESS:  Again, those are fairly general

Peters Shorthand Reporting Corporation (916) 362-2345

DEP-002661

93

1   and loose terms.  I'm not sure in this particular case
2   if this device is either passively or actively
3   regenerated.
4       Q   BY MS. HANKEY:  Was this device verified by
5   CARB?
6       A   I'm a little confused by your use of the word
7   "verified" here.
8       Q   Were they certified by CARB?  Was it certified by
9   CARB?
10          MR. ALEXANDER:  Objection.
11          THE WITNESS:  The engine family designation for
12  these engines wasn't available to the best of my
13  understanding, so they were, in my opinion, likely
14  certified by US EPA and/or CARB.  Without knowing
15  specifically what the family designation of the engine
16  in question is, I can't be certain.
17      Q   BY MS. HANKEY:  Do you know whether there
18  have been any tests or studies on the Detroit Diesel
19  device regarding its effectiveness at idle?
20      A   Again, what do you mean by idle?  It was tested
21  over the certification cycle, which involves --
22      Q   Do you know what the certification cycle was?
23          MR. ALEXANDER:  Objection.
24          THE WITNESS:  I would imagine it was the EPA
25  transient Dynamometer test procedure.

94

1   Q   BY MS. HANKEY: How long was the idle cycle in
2   that tack?
3   A   I can't remember specifically sitting here.
4   Q   This device was recalled; is that correct?
5   A   I believe I saw that, yes.
6   Q   Do you know why it was recalled?
7       MR. ALEXANDER: Objection.
8       THE WITNESS: I'm not sure. I believe there
9   were problems with it developing excessive
10  backpressure, but I can't recall exactly.
11  Q   BY MS. HANKEY: Do you know whether the
12  problems associated with the recall caused any problems
13  with its effectiveness?
14      MR. ALEXANDER: Objection.
15      THE WITNESS: What do you mean by
16  effectiveness?
17  Q   BY MS. HANKEY: In reducing emissions from
18  the vehicle.
19  A   Emissions of what?
20  Q   Well, you tell me.
21  A   It was designed as a particulate control device.
22  I'm not aware of any information that indicates it
23  became less effective for the control particulate
24  matter.
25  Q   What information do you have specifically regarding

Peters Shorthand Reporting Corporation (916) 362-2345

DEP-002663

100

1        (Exhibit No. 7 marked for identification.)
2        MS. HANKEY:  If you would take a took at this.
3    A   Okay.
4    Q   Earlier you testified that you thought there was a
5    CARB study in 2000, or somewhere in that area, and that
6    it included vehicles with an aftertreatment device.
7        Do you recall that?
8    A   Yes, I recall what I said.
9    Q   Do you think that this is what you were referring
10   to?  (Referring to document.)
11   A   I don't believe it was, no.
12   Q   Okay.  Let's see then.  Do you recall what the
13   title of the -- was it the heavy duty --  (
14   A   No, that would not be it either.
15   Q   Do you recall what the name of the study was?
16   A   It was conducted down around Fresno is what I
17   remember.  It's on the CARB website.
18   Q   Was it conducted with testing at the side of the
19   road?
20   A   Roadside testing, I believe it was.
21       MS. HANKEY:  Would you please mark this as an
22   exhibit.
23       (Exhibit 8 marked for identification.).
24   Q   BY MS. HANKEY:  See if you think this the
25   study you were referring to.

Peters Shorthand Reporting Corporation (916) 362-2345

                                                                    101

1    A    I believe this is the study I was referring to.
2    Q    Would you take a look and see if you can find
3    whether there was a vehicle with an aftertreatment
4    device in the study.
5    A    I'm sorry, could you repeat the question?
6    Q    Is there anything with respect to the study
7    regarding a vehicle that had an aftertreatment device?
8    A    As I look at it, there's no explicit reference of
9    any of these vehicles having aftertreatment devices,
10   but it doesn't appear that you can determine that
11   conclusively.
12   Q    What's the latest model year of the engine?
13   A    Appears to be 2001.
14   Q    Okay.  Is the 2001 vehicle likely to have an
15   aftertreatment device or a particulate filter?
16   A    In California it depends.  We've had a number of
17   voluntary programs that have encouraged the application
18   of such devices.  CARB programs and those types of
19   things.  It's hard to tell.
20        MS. HANKEY:  Please mark this last exhibit.
21              (Exhibit No. 9 marked for identification.)
22        Q    BY MS. HANKEY:  I'm showing you what's been
23   marked as Exhibit 9.  It's an e-mail exchange between
24   you and Jeremy Heiken.
25              I'm going to look at the -- there's an e-mail

102

```
 1   from you to Jeremy Heiken.  In the middle of the page,
 2   May 29, 2008, at 3:36 p.m, it says:
 3           Thank you very much -- two questions -- have
 4           you seen anything from EPA as to how to
 5           estimate emission benefits from Ultra Low
 6           Sulfur Diesel fuel?  Have you seen any work
 7           addressing PM trap effectiveness as a function
 8           of engine operating mode (e.g. idle versus
 9           cruise)?
10   A   Yes.
11   Q   In the top e-mail, it's a message from Jeremy
12   Heiken to Jim Lyons; Thursday, May 29, 2008, at 4:00
13   p.m.  It says:
14           On ULSD
15           1)  There is not a single mention of sulfur
16           content in the most recent November 2003
17           document.
18           2)  The last on-road US EPA ULSD analysis that
19           I saw was the 2000 RIA for the HD on-highway
20           2007 standards which relied on PART5 modeling
21              A.  PART5 contains a sulfur to sulfate.
22                  Conversion rate of somewhere in the range
23                  of 2% -- and then it's:(i.e., 2 percent of
24                  Diesel sulfur comes out as PM sulfate.
25           And then:
```

103

```
 1              b.   The PART5 method carried over to.
 2          MOBILE6.2 without modification.
 3              C.   The 2 percent sulfur to sulfate
 4          Conversion rate -- then it says: (value can
 5          be confirmed from MOBILE source code) can
 6          be used to come up with an idling emission
 7          factor reduction if reduction if we assume
 8          that the 2% is applicable to the idling
 9          mode.
10       And then it has underlined:
11     On DPF Effectiveness:
12     I have not seen but will take a quick look as
13     percent control (transient versus idle) could
14     be distinctly different.
15     Jeremy.
16       My first question is:  Did you ever find
17   anything on the DPF effectiveness in transient versus
18   idle mode?
19   A   Nothing other than what I've talked about
20   previously, which are the measurements done over
21   driving cycles that include idling.
22   Q   And on the ULSD -- did you ever find any other
23   information other than what was in the MOBILE6.2 as to
24   how to estimate the benefits of Ultra Low Sulfur Diesel
25   fuel?
```

104

1  A   As I recall, what we did was subsequent to that, so
2  that happened later, and that's what I used in coming
3  up with the value in my report.
4  Q   Why did you ask whether there was any work
5  addressing PM trap effectiveness as a function of
6  engine operating mode?
7  A   I asked because I was interested to see if he'd
8  seen any in his experience that I wasn't aware of.
9          MS. HANKEY:  I have no further questions.
10         MR. ALEXANDER:  I have no questions.
11             (The deposition was concluded at 2:38 p.m.)
12                      --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25

Peters Shorthand Reporting Corporation (916) 362-2345

105

## CERTIFICATE

I hereby certify the witness in the foregoing deposition, JAMES M. LYONS, was duly sworn by me to testify the truth, the whole truth, and nothing but the truth in the within-entitled cause; said deposition was taken at the time and place herein named; the testimony of said witness was reported by me, a duly Certified Shorthand Reporter and disinterested person, and was thereafter transcribed into typewritten form by means of computer-aided transcription.

I further certify I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said deposition.

Dated and signed this 29th day of July 2008.

*Jacqueline D Toliver*

Jacqueline Toliver, CSR #4808
Certified Shorthand Reporter
in and for the State of
California

Peters Shorthand Reporting Corporation (916) 362-2345