# EXHIBIT 3

<u>DECLARATION OF RACHEL A. HANKEY IN SUPPORT OF UNITED STATES' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF MR. JAMES M. LYONS</u>

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## NATIONAL VEHICLE AND FUEL EMISSIONS LABORATORY

### Estimate of Total Idling Emissions

**Written at the request of:**
Rachel Hankey
U.S. Department of Justice
Environment and Natural Resource Division

**Prepared by:**
David J. Brzezinski
Air Quality Modeling Center
Office of Transportation and Air Quality, Assessment and Standards Division
National Vehicle and Fuel Emissions Laboratory
2000 Traverwood Drive
Ann Arbor, Michigan 48105

**Field of expertise:**

I am currently a national expert and senior modeler for the EPA Air Quality Modeling Center of the Office of Transportation and Air Quality. I am a Mechanical Engineer with over 30 years of experience in vehicle emission testing, data analysis and providing estimates for exhaust and non-exhaust emissions from highway mobile sources. I have been involved in the development of every EPA emission factor model since 1979. I was co-author for the cited technical report summarizing the idling emission rates from heavy duty diesel engines.

**Date:**
April 25, 2008

_David J. Brzezinski_

EXPERT-000050

**1.0 Introduction:**

A list of vehicles was provided, showing their make, model, model year, vehicle identification number and fuel type, as well as the number of minutes that each vehicle was idling. The table of vehicle information is shown below.

The idling emission rates for diesel fueled engines were obtained from the EPA report, "Draft Analysis of Heavy-Duty Diesel Vehicle Idle Emission Rates," (EPA420-D-03-001, November 2003), which summarizes the idling emission performance of heavy duty engines from a variety of testing programs. The non-discretionary idling rates were used, since the data did not include information about additional loads (such as air conditioning).

The idling emission rates for gasoline fueled engines were calculated using the guidance described in the EPA technical report, "Technical Guidance on the Use of MOBILE6.2 for Emission Inventory Preparation," (EPA420-R-04-013, August 2004). This method involves running the EPA MOBILE6 emission factor model and converting the emission rates in grams per mile to gram per hour using average speed. The method does not work with particulate matter emission rates, since the MOBILE6 model does not adjust particulate matter rates by average speed. However, since most of the vehicles in the analysis are diesel fueled and since the particulate matter rate for gasoline fueled vehicles are expected to be an order of magnitude smaller than for the diesel fueled vehicles, I have assumed that for this analysis, the particulate matter emissions from the few gasoline fueled vehicles is negligible and are set to zero. I am not aware of any better official estimate for particulate matter emissions from heavy duty gasoline fueled engines that could be used for this analysis.

**2.0 Method:**

The idling emission rates (in grams per hour of idle) were multiplied by the total minutes of idling for each vehicle (converted to hours of idle time) to give total grams due to idling. I have compiled the results using total idle time for each vehicle in the table below.

## 3.0 Results:

| | | | | | Estimate of Total Idling Emissions | | | |
|---|---|---|---|---|---|---|---|---|
| Vehicle Number | Model Year | Make Model | Fuel Type | Total Minutes of Idle | Hydrocarbon (grams) | Carbon Monoxide (grams) | Oxides of Nitrogen (grams) | Particulate Matter (grams) |
| 9211 | 1982 | gmc rts | diesel | 75 | 22.07 | 46.66 | 89.15 | 4.23 |
| 9429 | 1984 | gmc rts | diesel | 100 | 27.28 | 58.21 | 118.87 | 5.63 |
| 9430 | 1984 | gmc rts | diesel | 149 | 40.64 | 86.74 | 177.11 | 8.39 |
| 9432 | 1984 | gmc rts | diesel | 129 | 35.19 | 75.10 | 153.34 | 7.27 |
| 9216 | 1987 | gmc rts | diesel | 141 | 33.92 | 73.62 | 167.60 | 7.94 |
| 9218 | 1987 | gmc rts | diesel | 73 | 17.56 | 38.12 | 86.77 | 4.11 |
| 9219 | 1987 | gmc rts | diesel | 73 | 17.56 | 38.12 | 86.77 | 4.11 |
| 9220 | 1987 | gmc rts | diesel | 117 | 28.15 | 61.09 | 139.07 | 6.59 |
| 9221 | 1987 | gmc rts | diesel | 85 | 20.45 | 44.38 | 101.04 | 4.79 |
| 9222 | 1987 | gmc rts | diesel | 173 | 41.62 | 90.33 | 205.64 | 9.75 |
| 197 | 1997 | international bus | diesel | 39 | 5.20 | 12.56 | 55.05 | 2.20 |
| 112 | 1999 | Ford Cut Van | diesel | 87 | 9.73 | 24.55 | 122.80 | 4.90 |
| 95 | 2001 | econoline | gas | 30 | 3.47 | 80.80 | 2.83 | 0.00 |
| 123 | 2002 | econoline | gas | 72 | 8.33 | 193.92 | 6.80 | 0.00 |
| 540 | 2002 | thomas slf200 | diesel | 117 | 9.31 | 25.99 | 165.15 | 6.59 |
| 541 | 2002 | thomas slf200 | diesel | 109 | 8.67 | 24.21 | 153.85 | 6.14 |
| 542 | 2003 | thomas slf230 | diesel | 1 | 0.07 | 0.20 | 1.41 | 0.06 |
| 543 | 2003 | thomas slf230 | diesel | 57 | 3.92 | 11.52 | 80.46 | 3.21 |
| 544 | 2003 | thomas slf230 | diesel | 145 | 9.98 | 29.31 | 204.67 | 8.17 |
| 545 | 2003 | thomas slf230 | diesel | 57 | 3.92 | 11.52 | 80.46 | 3.21 |
| 546 | 2003 | thomas slf230 | diesel | 145 | 3.72 | 10.92 | 76.22 | 3.04 |
| 547 | 2003 | thomas slf230 | diesel | 57 | 9.29 | 27.29 | 190.55 | 7.61 |
| 548 | 2003 | thomas slf230 | diesel | 54 | 3.30 | 9.70 | 67.75 | 2.70 |
| 549 | 2003 | thomas slf230 | diesel | 135 | 7.57 | 22.23 | 155.27 | 6.20 |
| 550 | 2003 | thomas slf235 | diesel | 48 | 11.36 | 33.35 | 232.90 | 9.30 |
| 551 | 2003 | thomas slf235 | diesel | 110 | 10.81 | 31.73 | 221.61 | 8.84 |
| 552 | 2003 | neoplan an 440lf | diesel | 165 | 26.99 | 79.24 | 553.31 | 22.08 |
| 553 | 2003 | neoplan an 440lf | diesel | 157 | 22.51 | 66.10 | 461.56 | 18.42 |
| 554 | 2003 | neoplan an 440lf | diesel | 392 | 41.24 | 121.08 | 845.49 | 33.74 |
| 555 | 2003 | neoplan an 440lf | diesel | 327 | 32.57 | 95.61 | 667.64 | 26.65 |
| 556 | 2003 | neoplan an 440lf | diesel | 599 | 24.92 | 73.17 | 510.96 | 20.39 |
| 557 | 2003 | neoplan an 440lf | diesel | 473 | 28.57 | 83.89 | 585.77 | 23.38 |
| 558 | 2003 | neoplan an 440lf | diesel | 225 | 15.49 | 45.48 | 317.59 | 12.68 |
| 559 | 2003 | neoplan an 440lf | diesel | 386 | 26.58 | 78.02 | 544.84 | 21.74 |
| 130 | 2005 | econoline | gas | 44 | 5.09 | 118.51 | 4.15 | 0.00 |
| 131 | 2005 | econoline | gas | 27 | 3.12 | 72.72 | 2.55 | 0.00 |
| Totals | | | | (grams) | 620.21 | 1,995.98 | 7,636.98 | 314.06 |
| | | | | (pounds) | 1.37 | 4.40 | 16.84 | 0.69 |

EXPERT-000052

## 4.0 Vehicle Information:

| vehicle # | Vin | yr make model | plate contract | fuel | 3/1 min. | 3/8 min | 3/15 min | 3/21 min | 3/30 min | 4/4 min | 4/12 min |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 1fbss31l91hb36230 | 2001 econoline | 39257 blue cross supervisor | gas | | | 30 | | | | |
| 112 | 1fdxe40f0xhc04569 | 1999 Ford Cut Van | 212 blue cross charter | diesel | | | | 87 | | | |
| 123 | 1fbss31l52hb05185 | 2002 econoline | 40783 blue cross | gas | | 72 | | | | | |
| 130 | 1fbss31l65hb36773 | 2005 econoline | 225 blue cross | gas | | 44 | | | | | |
| 131 | 1fbss31l05hb36770 | 2005 econoline | 18452 blue cross | gas | 27 | | | | | | |
| 197 | 1hvbeabm5vh480376 | 1997 international bus | 15059 ne baptist | diesel | | | | | | 11 | 28 |
| 540 | 5df230da92ja02271 | 2002 thomas slf200 | 15791 masco | diesel | | | | | 48 | 41 | 28 |
| 541 | 5df230da02ja02272 | 2002 thomas slf200 | 15792 MASCO | diesel | | | | | 58 | 22 | 29 |
| 542 | 5df230db92ja26417 | 2003 thomas slf230 | 18498 MASCO | diesel | | | | | | 1 | |
| 543 | 5df230db02ja26418 | 2003 thomas slf230 | 18491 MASCO | diesel | | | | | | 15 | 42 |
| 544 | 5df230db22ja26419 | 2003 thomas slf230 | 18497 MASCO | diesel | 58 | | 34 | 6 | 26 | 21 | |
| 545 | 5df230db92ja26420 | 2003 thomas slf230 | 17388 MASCO | diesel | | | | | | 3 | 54 |
| 546 | 5df230db02ja26421 | 2003 thomas slf230 | 17389 MASCO | diesel | | | | | 39 | 15 | |
| 547 | 5df230db02ja26422 | 2003 thomas slf230 | 17384 MASCO | diesel | | 32 | | 5 | 39 | 8 | 51 |
| 548 | 5df230db42ja26423 | 2003 thomas slf230 | 17385 MASCO | diesel | | | | | | 20 | 28 |
| 549 | 5df230db62ja26424 | 2003 thomas slf230 | 17386 MASCO | diesel | | | | | 32 | 23 | 55 |
| 550 | 5df235da22ja26425 | 2003 thomas slf235 | 17387 MASCO | diesel | | 39 | | | 56 | 25 | 45 |
| 551 | 5df235da42ja26426 | 2003 thomas slf235 | 18496 masco | diesel | | | 30 | | 56 | 12 | 59 |
| 552 | 1n9ta16a53l013295 | 2003 neoplan an 440lf | 17383 masco | diesel | 15 | 51 | 52 | 39 | 59 | 81 | 95 |
| 553 | 1n9ta16a73l013296 | 2003 neoplan an 440lf | 16529 MASCO | diesel | | 41 | 38 | 31 | 65 | 62 | 90 |
| 554 | 1n9ta16a93l013297 | 2003 neoplan an 440lf | 16528 MASCO | diesel | 58 | 77 | 74 | 75 | 106 | 95 | 113 |
| 555 | 1n9ta16a03l013298 | 2003 neoplan an 440lf | 16531 MASCO | diesel | 14 | 86 | | 83 | 65 | 114 | 111 |
| 556 | 1N9ta16a23l013299 | 2003 neoplan an 440lf | 16530 MASCO | diesel | 14 | 81 | 77 | | 84 | 106 | |
| 557 | 1n9ta16a53l013300 | 2003 neoplan an 440lf | 18500 MASCO | diesel | 15 | 61 | 62 | 65 | 97 | 115 | |
| 558 | 1n9ta16a73l013301 | 2003 neoplan an 440lf | 17382 MASCO | diesel | | | 87 | 28 | | | 110 |
| 559 | 1n9ta16a63l013001 | 2003 neoplan an 440lf | 18431 MASCO | diesel | 21 | 43 | 87 | 41 | 73 | 10 | 111 |
| 9211 | 1goyt76j4cv820010 | 1982 gmc rts | 14823 MASCO | diesel | | | | | | | 75 |
| 9216 | 1ghyt76w9gv824956 | 1987 gmc rts | 16543 MASCO | diesel | | | | 27 | 56 | 27 | 31 |
| 9218 | 1ghyt76w2gv824958 | 1987 gmc rts | 18486 MASCO | diesel | | | | | | | 73 |
| 9219 | 1ghyt76w1gv824949 | 1987 gmc rts | 18428 MASCO | diesel | | | | | | 30 | 43 |
| 9220 | 1ghyt76wxgv824951 | 1987 gmc rts | 18429 MASCO | diesel | 18 | | | | 22 | 55 | 22 |
| 9221 | 1ghyt76wxgv824948 | 1987 gmc rts | 18435 MASCO | diesel | | | | | 48 | 37 | |
| 9222 | 1GHYT76W1GV824952 | 1987 gmc rts | 18434 MASCO | diesel | 14 | | 17 | 41 | 61 | 29 | 11 |
| 9429 | 1g0yt82j8ev8ev822874 | 1984 gmc rts | 659 obs | diesel | | | | | | | 100 |
| 9430 | 1goyt82j1ev822876 | 1984 gmc rts | 2076 MASCO | diesel | 18 | | | 47 | 38 | 14 | 32 |
| 9432 | 1g0yt83j7ev822879 | 1984 gmc rts | 14806 MASCO | diesel | 7 | 26 | | 27 | 15 | 19 | 35 |

EXPERT-000053

## 5.0 Publications:

"Basic Exhaust Emission Rates of Open Loop Vehicles for MOBILE6" David Brzezinski, John Gilmore (M6.EXH.005, EPA420-R-01-027, April 2001).

"MOBILE6 Estimates of Exhaust Emissions for 1994-and-later Light Duty Diesel Cars and Trucks" Megan Beardsley, David Brzezinski, Venkatesh Rao (M6.EXH.011, EPA420-R-01-041, July 2001).

"Update to the Determination of CO Basic Emission Rates, OBD and I/M Effects for Tier 1 and Later LDVs and LDTs" Edward L. Glover, John Koupal, David Brzezinski (M6.EXH.12, EPA420-R-03-011, September 2003).

"Update to the Accounting for the Tier 2 and Heavy-Duty 2005/2007 Requirements in MOBILE6" John Koupal, David Brzezinski (M6.EXH.13, EPA420-R-03-012, September 2003).

"Soak Length Activity Factors for Start Emissions" Edward L. Glover, David Brzezinski (M6.FLT.003, EPA420-R-01-011, February 2002).

"Trip Length Activity Factors for Running Loss and Exhaust Running Emissions" Edward L. Glover, David Brzezinski (M6.FLT.005, EPA420-R-01-013, April 2001).

"Soak Length Activity Factors for Hot Soak Emissions" Edward L. Glover, David Brzezinski (M6.FLT.004, EPA420-R-01-012, April 2001).

"Estimating Emission Effects of RFG Gasoline in MOBILE6" David Brzezinski (M6.FUL.005, EPA420-R-01-028, April 2001).

"MOBILE6 Inspection / Maintenance Benefits Methodology for 1981 through 1995 Model Year Light Vehicles" Edward L. Glover, David Brzezinski (M6.IM.001, EPA420-R-02-014, March 2002).

"Final Facility-Specific Speed Correction Factors" David Brzezinski, Constance Hart, Phil Enns (M6.SPD.002, EPA420-R-01-060, November 2001).

"Comparison of Start Emissions in the LA92 and ST01 Test Cycles" Phil Enns, David Brzezinski (M6.STE.001, EPA420-R-01-025, April 2001).

"The Determination of Hot Running Emissions from FTP Bag Emissions" Edward L. Glover, David Brzezinski, Phil Enns (M6.STE.002, EPA420-R-01-059, November 2001).

"Exhaust Emission Temperature Correction Factors for MOBILE6: Engine Start and Running LA4 Emissions for Gasoline Vehicles" Edward L. Glover, David Brzezinski (M6.STE.004, EPA420-R-01-029, April 2001).

EXPERT-000054

"Sensitivity Analysis of MOBILE6.0" R.A. Giannelli, J.H. Gilmore, L. Landman, S. Srivastava, M. Beardsley, D. Brzezinski, G. Dolce, J. Koupal, J. Pedelty, G. Shyu (EPA420-R-02-035, December 2002).

"Impact of underestimating the effects of cold temperature on motor vehicle start emissions of air toxics in the United States" Richard Cook, Jawad S Touma, Antonio Fernandez, David Brzezinski, Chad Bailey, Carl Scarbro, James Thurman, Madeleine Strum, Darrell Ensley, Richard Baldauf (J Air Waste Manag Assoc. 2007 Dec ;57 (12):1469-79 18200932 (P,S,E,B)).

"MOBILE6: A Revised Model for Estimation of Highway Vehicle Emissions" Presented at the Air & Waste Management Association Eighth Annual Conference on Emission Inventories, December 9, 1998. David J. Brzezinski, Terry P. Newell.

"Consistency in On-Road Mobile Source Activity Modeling, with an Application to Parked Passenger Cars" Harvey Michaels, David Brzezinski, Sue Kimbrough. (12th Annual International Emission Inventory Conference, April 2003).

"MOVES2004 Highway Vehicle Population and Activity Data" Megan Beardsley, Dave Brzezinski, Bob Gianelli, John Koupal, Sujan Srivastava (EPA420-P-04-020, December 2004).

"Use of Travel Demand Model Data to Improve Inventories in Philadelphia" Richard Cook, David Brzezinski, Harvey Michaels, Jawad S. Touma, Allan Beidler, Madeleine Strum (15th Annual International Emission Inventory Conference, New Orleans, May 2006).

EXPERT-000055