# EXHIBIT 4

DECLARATION OF RACHEL A. HANKEY IN SUPPORT OF UNITED STATES' MOTION
IN LIMINE TO EXCLUDE THE TESTIMONY OF MR. JAMES M. LYONS

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
NATIONAL VEHICLE AND FUEL EMISSIONS LABORATORY

---

Supplemental Estimate of Total Idling Emissions

---

**Written at the request of:**
Rachel Hankey
U.S. Department of Justice
Environment and Natural Resource Division

**Prepared by:**
David J. Brzezinski
Air Quality Modeling Center
Office of Transportation and Air Quality, Assessment and Standards Division
National Vehicle and Fuel Emissions Laboratory
2000 Traverwood Drive
Ann Arbor, Michigan 48105

**Field of expertise:**

I am currently a national expert and senior modeler for the EPA Air Quality Modeling Center of the Office of Transportation and Air Quality. I am a Mechanical Engineer with over 30 years of experience in vehicle emission testing, data analysis and providing estimates for exhaust and non-exhaust emissions from highway mobile sources. I have been involved in the development of every EPA emission factor model since 1979. I was co-author for the cited technical report summarizing the idling emission rates from heavy duty diesel engines.

**Date:**
July 31, 2008

Attached is a supplemental document that updates the list of vehicles and idling times, fixes the problems with the table and addresses the key points from the review of my previous analysis by James Lyons regarding the use of low sulfur diesel fuel and after-treatment devices.

_____
David J. Brzezinski

Page 1 of 7

EXPERT-000042

In order to claim the full benefits of the Executive Order for those engines equpped with the Cleaire Longview devices we must assume that these engines meet all of the conditions listed in the order and that these reductions will occur during idling.

The relevant section (3.1.1.7, Estimated 2007 and Later Non-Discretionary Idle NOx Emission Factors) in Reference 24 briefly addresses this issue:

> The 2007 model year heavy duty trucks require new stringent NOx emission standards. These are not directly aimed at idle emissions; however, the new NOx catalysts and particulate traps should be effective for non-discretionary idle periods such as waiting at a traffic light for a minute or even during a limited idle period up to an hour in length. After this point, it is reasonable to assume that the catalyst will be ineffective due to cool down and that idle emissions will begin to increase.

As the reference states, reductions in idling emissions might be expected as the result of the implementation of after-treatment devices. However, it also points out that these reductions will likely be affected by the amount of time the engine idles. Also, at the time of the report, none of the data on heavy duty diesel engine idling included vehicles equipped with NOx catalysts or particulate traps.

The heavy duty diesel engine exhaust emission regulations do not require that heavy duty diesel engines meet any specific engine certification limits on the regulated emissions of HC, CO, NOx or PM during idling periods. Since idling time during normal trip operation is usually short, the regulators did not feel compelled to include specific exhaust emission limits for that operating mode. As a result, engine design engineers are under no obligation to assure that their exhaust after-treatment devices operate effectively during idle, especially during long idling times. Further, the twelve heavy duty diesel engines diesel engines which were retrofitted with Cleaire Longview devices described in the report are not required to meet the full engine emission testing procedures necessary for vehicles which actually meet the 2007 model year engine certification requirements.

The lack of specific heavy duty diesel exhaust emission certification limits for engine idling make it difficult to estimate the actual impact that the use of after-treatment devices will have on the exhaust emissions of HC, CO, NOx and PM during idling without actual measurements. I believe that it is less likely that these devices will be as effective during idling as they are during actual driving, since obtaining emission reductions during the idle mode is technically challenging and there are no incentives to assure that these reductions will occur. Without actual measurements, reductions due to the use of after-treatment devices during idling are speculative and are likely to over-predict the actual impact of the standards and after-treatment devices on diesel engine idling emissions. Unfortunately, I am not aware of any testing results on vehicles equipped with after-treatment devices that include separate measurements during idling that can be used to resolve this question.

Since I do believe that the impact of the after-treatment devices will be substantial and because there are no credible data that can be used to develop a more precise estimate, I have applied the full after-treatment reduction estimate to the emission estimates I have made for the

EXPERT-000044

## 3.0 Results:

| Vehicle Number | Model Year | Make Model | Fuel Type | Hydro carbon (grams) | Carbon Monoxide (grams) | Oxides of Nitrogen (grams) | Particulate Matter (grams) |
|---|---|---|---|---|---|---|---|
| 95 | 2001 | econoline | gas | 3.47 | 80.80 | 2.83 | 0.00 |
| 100 | 1998 | ford cut van | diesel | 6.98 | 17.22 | 80.46 | 2.53 |
| 112 | 1999 | Ford Cut Van | diesel | 9.73 | 24.55 | 122.80 | 3.87 |
| 123 | 2002 | econoline | gas | 8.33 | 193.92 | 6.80 | 0.00 |
| 130 | 2005 | econoline | gas | 5.09 | 118.51 | 4.15 | 0.00 |
| 131 | 2005 | econoline | gas | 3.12 | 72.72 | 2.55 | 0.00 |
| 197 | 1997 | international bus | diesel | 5.20 | 12.56 | 55.05 | 1.73 |
| 540 | 2002 | thomas slf200 | diesel | 9.31 | 25.99 | 123.86 | 0.99 |
| 541 | 2002 | thomas slf200 | diesel | 8.67 | 24.21 | 115.39 | 0.92 |
| 542 | 2003 | thomas slf230 | diesel | 1.31 | 3.84 | 20.11 | 0.16 |
| 543 | 2003 | thomas slf230 | diesel | 3.92 | 11.52 | 60.34 | 0.48 |
| 544 | 2003 | thomas slf230 | diesel | 9.98 | 29.31 | 153.50 | 1.23 |
| 545 | 2003 | thomas slf230 | diesel | 3.92 | 11.52 | 60.34 | 0.48 |
| 546 | 2003 | thomas slf230 | diesel | 3.72 | 10.92 | 57.17 | 0.46 |
| 547 | 2003 | thomas slf230 | diesel | 9.29 | 27.29 | 142.91 | 1.14 |
| 548 | 2003 | thomas slf230 | diesel | 3.30 | 9.70 | 50.81 | 0.41 |
| 549 | 2003 | thomas slf230 | diesel | 7.57 | 22.23 | 116.45 | 0.93 |
| 550 | 2003 | thomas slf235 | diesel | 11.36 | 33.35 | 174.67 | 1.39 |
| 551 | 2003 | thomas slf235 | diesel | 10.81 | 31.73 | 166.20 | 1.33 |
| 552 | 2003 | neoplan an 440lf | diesel | 26.99 | 79.24 | 414.98 | 3.31 |
| 553 | 2003 | neoplan an 440lf | diesel | 22.51 | 66.10 | 346.17 | 2.76 |
| 554 | 2003 | neoplan an 440lf | diesel | 41.24 | 121.08 | 634.12 | 5.06 |
| 555 | 2003 | neoplan an 440lf | diesel | 31.88 | 93.59 | 490.14 | 3.91 |
| 556 | 2003 | neoplan an 440lf | diesel | 24.92 | 73.17 | 383.22 | 3.06 |
| 557 | 2003 | neoplan an 440lf | diesel | 28.57 | 83.89 | 439.33 | 3.51 |
| 558 | 2003 | neoplan an 440lf | diesel | 15.49 | 45.48 | 238.19 | 1.90 |
| 559 | 2003 | neoplan an 440lf | diesel | 26.58 | 78.02 | 408.63 | 3.26 |
| 9211 | 1982 | gmc rts | diesel | 22.07 | 46.66 | 89.15 | 3.33 |
| 9212 | 1982 | gmc rts | diesel | 48.26 | 102.03 | 194.94 | 7.29 |
| 9216 | 1987 | gmc rts | diesel | 32.72 | 71.01 | 161.66 | 6.05 |
| 9218 | 1987 | gmc rts | diesel | 17.56 | 38.12 | 86.77 | 3.25 |
| 9219 | 1987 | gmc rts | diesel | 17.56 | 38.12 | 86.77 | 3.25 |
| 9220 | 1987 | gmc rts | diesel | 28.15 | 61.09 | 139.07 | 5.20 |
| 9221 | 1987 | gmc rts | diesel | 20.45 | 44.38 | 101.04 | 3.78 |
| 9222 | 1987 | gmc rts | diesel | 41.62 | 90.33 | 205.64 | 7.69 |
| 9429 | 1984 | gmc rts | diesel | 27.28 | 58.21 | 118.87 | 4.45 |
| 9430 | 1984 | gmc rts | diesel | 40.64 | 86.74 | 177.11 | 6.62 |
| 9431 | 1984 | gmc rts | diesel | 37.37 | 79.75 | 162.85 | 6.09 |
| 9432 | 1984 | gmc rts | diesel | 35.19 | 75.10 | 153.34 | 5.74 |
| Totals | | Grams | | 712.17 | 2,193.99 | 6,548.39 | 107.56 |
| Totals | | Pounds | | 1.57 | 4.84 | 14.44 | 0.24 |

EXPERT-000046

| vehicle number | Vin | year | make model | plate | contract | fuel | 3/1 min. | 3/8 min | 3/15 min | 3/21 min | 3/30 min | 4/4 min | 4/12 min | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9219 | 1ghyt76w1gv824949 | 1987 | gmc rts | 18428 | MASCO | diesel | | | | | | 30 | 43 | 73 |
| 9220 | 1ghyt76wxgv624951 | 1987 | gmc rts | 18429 | MASCO | diesel | 18 | | | | 22 | 55 | 22 | 117 |
| 9221 | 1ghyt76wxgv824948 | 1987 | gmc rts | 18435 | MASCO | diesel | | | | | 48 | 37 | | 85 |
| 9222 | 1GHYT76W1GV824952 | 1987 | gmc rts | 18434 | MASCO | diesel | 14 | | 17 | 41 | 61 | 29 | 11 | 173 |
| 9429 | 1g0yt82j8ev8ev822874 | 1984 | gmc rts | 659 | oos | diesel | | | | | | | 100 | 100 |
| 9430 | 1g0yt82j1ev822876 | 1984 | gmc rts | 2076 | MASCO | diesel | 18 | | | 47 | 38 | 14 | 32 | 149 |
| 9431 | 1g0yt82j5ev822878 | 1984 | gmc rts | 4810 | masco | diesel | | 64 | | | 48 | 11 | 14 | 137 |
| 9432 | 1g0yt83j7ev822879 | 1984 | gmc rts | 14806 | MASCO | diesel | 7 | 26 | | 27 | 15 | 19 | 35 | 129 |
| | | | | | | Total | 336 | 717 | 720 | 529 | 1236 | 1,025 | 1,546 | 6,109 |

EXPERT-000048