# APPENDIX J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
      Plaintiff,            )
                              )
      v.                    )  CIVIL ACTION NO.  06 CA 12297 GAO
                              )
Paul Revere Transportation LLC, )
                              )
                              )
      Defendant.            )
                              )
_____)

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

In compliance with the Court's Order for Final Pretrial Conference, dated March 24, 2009, Plaintiff respectfully submits the following suggested questions to be asked of all prospective jurors during *voir dire*, some to be addressed to the panelists individually and some to be addressed to the panel at large.

Plaintiff respectfully requests the opportunity to submit additional questions to the Court after counsel have had an opportunity to review the prospective jurors' responses to the written juror questionnaires and to the oral questions during *voir dire,* if any.

**I. Juror Background (to the extent not covered in juror questionnaires)**

    A.    Residence (length of residence in local area)

    B.    Family

    C.    Employment and prior employment (position, length of tenure, duties; including

supervisory responsibilities; union membership)

 D. Education (if college or graduate degrees: major and minor fields of study)

 E. Military service

 F. Hobbies; involvement in organizations; volunteer work

 G. Memberships in associations, advocacy groups

 H. Have you or anyone close to you ever worked in the commercial transportation industry? If so, who, where, when, and in what capacity?

 I. Have you or anyone close to you ever worked in the engine manufacturing or engineering industry? If so, who, where, when, and in what capacity?

 J. Have you or anyone close to you ever worked in the automotive mechanic industry? If so, who, where, when, and in what capacity?

Same questions regarding immediate family members.

**II. Juror Experience with Judicial System (to the extent not covered in juror questionnaires)**

 A. Prior criminal jury service (nature of case, outcome, feelings about experience)

 B. Prior civil jury service (nature of case, outcome, feelings about experience)

 C. History as Plaintiff or Defendant in civil case(s)

  For each case:

  1. Plaintiff or Defendant; as corporation/business or individual?

  2. Nature of case

  3. Represented by counsel?

  4. Jury trial?

  5. Outcome; feelings about experience / satisfaction

D. History as crime victim

E. History as criminal defendant or subject of criminal investigation

F. History as witness in either civil or criminal case

    1. Nature of case

    2. Witness for which side; nature of testimony

    3. Outcome; feelings about experience

**III. Juror Affiliations with Parties**

A. The following is a list of governmental agencies that are involved in this case or may be mentioned. Have you or anyone you know worked with, been employed by, or been involved in any litigation with any of the following agencies.

    1. The United States Department of Justice

    2. The Environmental Protection Agency

B. Past or present employment or significant involvement with

    1. Defendant Paul Revere Transportation LLC

    2. Other Companies in the transportation industry

C. Past or present ownership of stock or other securities of Paul Revere Transportation LLC, Modern Continental Construction, Nolan Associates, or Alternate Concepts, Inc.

D. Family or friendship relationships with employees or officers of Plaintiff/ Defendant

**IV. Juror Affiliation with Witnesses and Attorneys**

A. In addition to Defendant, the following is a list of names of people that you may hear from or about during this trial. Do you know, have you heard of or have you worked

with any of the following individuals? **[List of witnesses to be supplied by parties]**

B. The following is a list of attorneys for the plaintiff who are involved in this case. Do you know, have heard of or have you worked with any of the following individuals? **[List to be supplied by Plaintiff]**

C. The following is a list of attorneys for the defendant who are involved in this case. Do you know, have heard of or have you worked with any of the following individuals? **[List to be supplied by defendant]**

D. The following is a list of law firms that are involved in this case. Have you or anyone you know retained, worked with, been employed by, or been involved in any litigation with any of the following law firms? **[List to be supplied by defendant]**

## V. Juror Knowledge of Case

A. Direct

*Specific suggested questions*: In this case, the Plaintiff alleges that the Defendant operated the engines of its vehicles while stopped for a period of time in excess of five minutes. The Plaintiff alleges this excessive idling of vehicles by the Defendant violates the federally enforceable state regulation that prohibits the unnecessary idling of vehicles for more than 5 minutes. Are any of you regular passengers on Paul Revere Transportation's buses?
Do any of you know anything about how the Defendant operates its buses? Do any of you know bus operation and maintenance? If yes: Do you have any opinion or understanding about whether idling of a vehicle for more than five minutes is necessary for any associated power need other than movement? Do you know anything at all about this case other than what you have heard in the courtroom today?

B. Hearsay

*Specific suggested question*: Have any of you heard anything, from any source, about this case?

    C. Pre-Trial Publicity

*Specific suggested question*: Have any of you heard any radio or television reports, or read any newspaper or magazine articles or read or searched the internet, about this case?

    D. Preconceived Opinions

*Specific suggested questions*: As a result of what you know or have heard or read about this case, do you have an opinion of this case? In your own mind, have you ever said to yourself that you thought the Defendant's operations violated the law? In your own mind, have you ever thought "Well, I think the Defendant violated the law" or "Well, I think the Defendant didn't violate the law" regarding air pollution?

    E. Have you participated in any telephone polls or other surveys or interviews about Paul Revere Transportation LLC or other companies in the transportation industry?

**VI. Juror Attitudes Toward Plaintiff**

    A.    United States

        1.    Relation to citizens / business

*Specific suggested questions*: I would like to explore how you feel about the federal government. For example, some people feel that the federal government is too involved in our lives, that there is too much regulation of business. Does anyone feel that way? What role do you think is appropriate for the federal government to play in the lives of its citizens?

        2.    Competence

*Specific suggested questions*: Have any events in recent years affected your

view of the United States government's ability to respond to environmental problems? In general, do you think that people who work for the federal government work hard and do a good job?

       3.    *Vs*. Local

*Specific suggested questions*: Now, ladies and gentlemen, we have several attorneys here who will participate in the trial. The attorneys representing the Defendant are from a law firm here in Massachusetts. The attorneys for the Plaintiff are from Washington, D.C. and have offices located in Boston, Massachusetts; Denver, Colorado; San Francisco, California; Seattle, Washington; and Anchorage, Alaska. Would the fact that the Plaintiff's attorneys are from Washington D.C. play any role in how you decide this case? Have any of you ever lived in Washington, DC?

       4.    Environmental Protection Agency

*Specific suggested questions*: Have you ever had any experience with the United States Environmental Protection Agency, also known as EPA? If yes, please describe the nature of that experience. Has that experience caused you to have any opinions or strong feelings about the United States Environmental Protection Agency?

       5.    Other environmental groups

*Specific suggested questions*: Have you ever had any experience with any other environmental groups? If yes, please describe the nature of that experience. Has that experience caused you to have any opinions or strong feelings about environmental groups or the environment in general?

   B.    As Plaintiff

*Specific suggested questions*: Would it be harder for you to find the Defendant

liable because the Plaintiff is the U.S. government than it would be if the Plaintiff were an injured individual person?

    1. Personal History with Governments

*Specific suggested questions*: Has anyone, or a close family member or friend, ever been involved in any kind of a lawsuit, administrative proceeding, or claim by or against the United States, or a state, or local muncipality? If yes, please describe the experience, your or the other person's involvement in it, how it was resolved, and whether you feel the resolution was satisfactory. Do you feel this experience would keep you from being a fair and impartial juror?

## VII. Jurors Attitudes Toward State Environmental Agencies

    A.    Commonwealth of Massachusetts

        1.    General

*Specific suggested questions*: All of you live in the Commonwealth of Massachusetts. Other than paying taxes, has anyone had any extensive dealings with any agency of the state government? If yes: What is the nature of that experience, and does that experience tend to predispose you either favorably or unfavorably toward the government?

## VIII. Juror Attitudes Toward Corporations, Industry

    A. Liability, generally

*Specific suggested questions*: Do you feel it is wrong to bring a lawsuit against a corporation? Do you feel it is wrong for the government, specifically, to bring a lawsuit against a corporation? Do you think there is some kind of a "crisis" in the judicial system? If yes: Why? Whom do you blame for the crisis? If trial lawyers: Do you view attorneys for the state and federal government in the same way you view the trial lawyers you just

described?

    B. Environmental Regulation

Does anyone feel it is difficult or too expensive for businesses to comply with environmental regulations? Does anyone feel that environmental regulations cause job losses?

## IX. Juror Attitudes Toward Human Health, the Environment, and Environmental Protection

    A. Environmental Regulation

*Specific suggested questions*: Is there anyone who feels that there are too many environmental regulations or laws, or that there should not be any such laws at all? Do you think that environmental regulation by the U.S. Environmental Protection Agency and State agencies is too confusing for companies or has gone too far? Do you have an opinion as to whether environmental regulations are just technicalities? Is there anyone who feels that environmental regulation is driving up costs?

    B. Environment

*Specific suggested questions*: Is there anyone who doubts that there is a connection between air pollution and harm to the environment? Do you have an opinion as to whether the air in the Commonwealth of Massachusetts is clean enough or not clean enough?

    C. Human Health

*Specific suggested questions*: Is there anyone who doubts that that there is a connection between air pollution and harm to human health? Does anyone feel that when it comes to clean air, what we can't see cannot hurt us?

## X. Juror Preconceptions of Legal Issues

A. Civil Case

*Specific suggested questions*: Does everyone understand that this is a civil case, not a criminal case? Does anyone feel that if this were a really serious environmental violation, the government would have brought a criminal case instead?

B. Burden of Proof

1. Preponderance of the Evidence

*Specific suggested questions*: You've probably all heard of proof "beyond a reasonable doubt." That's the standard of proof our legal system requires for a criminal conviction. But this is a civil case, even though the federal government is the Plaintiff. In a civil case, the Plaintiff has to prove its case by a preponderance of the evidence. A "preponderance of the evidence" means evidence that a certain fact is more likely true than not true. Would you have any trouble finding Defendant liable even if you felt the Plaintiff's case was just barely more probably true than not true?

2. Defenses

*Specific suggested questions*: Just as the Plaintiff must prove its case, the Defendant alleges that it has certain defenses to the Plaintiff's claims, and Defendant must prove these defenses. If the Defendant asserts a defense, would anyone have trouble finding the Defendant liable if the facts show the Defendant didn't prove its defense?

C. Strict Liability

*Specific suggested questions*: The claims that you will decide in this case are governed by a legal standard called strict liability. That means that if the Plaintiff proves certain things happened, the Defendant will be liable for them, even if the Defendant didn't

do them on purpose and wasn't careless or negligent. If the Plaintiff proves those facts, do you think you would have any trouble holding the Defendant liable even if the Defendant didn't do anything wrong on purpose or carelessly?

Would you have trouble holding a Defendant corporation liable for the acts of its employees, even if the corporation was attempting to comply with the law?

    D.    Circumstantial Evidence

*Specific suggested questions*: Generally speaking, there are two types of evidence: direct evidence and circumstantial evidence. Direct evidence is something that proves a fact by itself, for example, finding someone's fingerprints on an object proves that the person touched that object. Circumstantial evidence involves a collection of facts that lead you to conclude that another fact occurred. For example, if you went to bed in December and there was no snow on the ground, but when you wake up you saw snow on the ground, you would conclude that it snowed during the night, even though you didn't see the snow falling. Does anyone think that circumstantial evidence is somehow inferior to direct evidence? Does anyone believe that facts cannot be proven without direct evidence of those facts?

    E.    Lawsuits in General

*Specific suggested questions*: Some people have religious or philosophical views that prevent them from acting as jurors and in effect judging other people. Do you have any such beliefs that would affect your ability to serve as a juror? The jurors in this case will be required to take an oath that they will decide this case according to the evidence presented at trial without fear or favor as to any person. This means that no juror should allow his or her decisions in this case to be influenced by any concern about

how family, friends, or the public at large may react to the verdict. Is there any reason why you would not be able to follow this oath?

## XI. Juror Experience with Science

    A.    Training or education in: Engineering; Statistics; Accounting; Economics; Mathematics; Chemistry; Environmental Science or Studies;

    B.    Ever worked in a laboratory of any kind?

## XII. Juror Attitudes Toward Science and Scientific Proof

    A.    Expert Witnesses

*Specific suggested questions*: Some of the testimony you may hear during the trial will be testimony by expert witnesses about scientific or technical issues. An expert witness is a witness who by knowledge, skill, experience, training, or education can offer opinions or conclusions to help the jury understand the evidence or determine the facts. An expert may testify even if the expert wasn't there to see what happened and has to rely on information he or she gets from someone else. Does anyone have a problem with the idea of experts testifying based on information they got from some other source? Do you think expert testimony is more or less valid than testimony by witnesses who simply tell what they observed? Does anyone think that if two experts in a field disagree, the expert with more impressive credentials must be right? Is there anyone who feels that whichever side has more expert witnesses must have the stronger case? Is there anyone who feels they would be uncomfortable hearing technical information from both sides of the case and then having to decide for the Plaintiff or the Defendant?

## XIII. Juror Ability to Serve

    A.    Length of Trial

*Specific suggested questions*: This trial could last two to three weeks. Is there anything about that length of time that would prevent you from giving this case your full and undivided attention?

      B.      Physical Capacity

*Specific suggested questions*: Do any of the potential jurors have any concern about a medical or physical condition that might make it difficult for him or her to observe all of the evidence that will be offered in this trial? For example, is there anyone who is concerned he or she might not be able to hear all the testimony, or to distinguish the colors on color exhibits, or sit comfortably in the jury box for up to 6 hours a day?

      C.      Ability to Follow the Law

*Specific suggested questions*: The attorneys on both sides of the case may at times make objections, and there may be discussion about those objections, and we may have to excuse the jury for a time while the Court and the attorneys work out the legal issues, or there may be instances where I confer with the attorneys at the bench. How would it affect your impression of the Plaintiff or the Defendant if their attorneys make objections or start conferences with the judge outside the presence of the jury? What if the attorney did this many times? If you find that the Defendant did in fact violate the Massachusetts Anti-Idling Regulations, enforceable under the Clean Air Act, would you have any difficulty holding the Defendant liable for those violations or injuries? Do you feel you can listen carefully to the Court's instructions on the law and follow them, even if they may differ in some way from your own view of what the law is or should be?

      D.      Ability to Deliberate

*Specific suggested questions*: Are any of you acquainted in any way with anybody

else who is on the jury panel today? If yes: in what way? Would any of you have any difficulty adhering to your own opinion in this case, even if the other members of the jury disagreed with you? If you had formed your own opinion of this case, but other members of the jury disagreed with you, do you think that in deliberations you could be convinced to change your mind?

    E.    Ability to Render Fair and Impartial Verdict

*Specific suggested questions*: Is there any reason at all, whether we've touched on it or not, that you do not feel you could be completely fair and impartial in deciding this case? If this lawsuit were your lawsuit, either as Plaintiff or Defendant, would you feel that someone in your current frame of mind would be a fair juror? Is there anything else that you feel that the Court, the government, and/or the defendant should know about you as it relates to your ability to be a fair and impartial juror on this case?

Dated: April 27, 2009

                                            Respectfully submitted,