# **EXHIBIT 1**

# EXPERT REPORT OF
# JAMES M. LYONS

*prepared at the request of counsel for defendants in*

United States of America v. Paul Revere Transportation, LLC.

### June 9, 2008

# Expert Report of James M. Lyons

My name is James Michael Lyons and I reside at 657 Avalanche Peak Way, Folsom, California 95630.  I have been employed since 1991 at Sierra Research, Inc. (Sierra), an environmental consulting firm located at 1801 J Street, Sacramento, California.  I became a Senior Partner at Sierra in 1996.

I received a B.S. degree in Chemistry from the University of California, Irvine, and a M.S. Degree in Chemical Engineering from the University of California, Los Angeles.  Before joining Sierra in 1991, I was employed by the State of California at the Mobile Source Division of the California Air Resources Board (CARB).

Sierra specializes in research and regulatory matters pertaining to air pollution control and does work for both private industry and governmental clients, including the U.S. Environmental Protection Agency (EPA) and CARB.  My particular area of expertise is control of motor vehicle emissions.  My responsibilities at Sierra include staying abreast of all developments related to motor vehicle emissions control, including the enactment of regulations, emissions control strategies, and the cost and effectiveness of means of reducing emissions.  I have experience with assessing the emissions impacts associated with changes in Diesel fuel composition and the application of emissions control systems.

A true and correct copy of my résumé, including a list of my publications, is attached as Appendix A.

My firm is being compensated at the standard hourly rate of $275 for my work in this case.

The cases in which I have testified as an expert at trial or by deposition within the preceding four years are Caterpillar Inc., et al vs. CA Air Resources Board (Superior Court of California, County of Sacramento, Case Number 05AS01133).

# I. Opinions

My opinions and testimony set forth in this report are based on my own analyses of heavy-duty Diesel bus and gasoline-powered vehicle emissions of carbon monoxide (CO); volatile organic compounds[1] (VOCs), including specific chemical compounds that comprise a portion of VOC emissions; oxides of nitrogen (NOx); and particulate matter (PM). All of these emissions are air pollutants that arise from on-road motor vehicles, non-road motor vehicles, and other equipment that use Diesel and gasoline fuels, as well as from other sources. Models, studies, papers, and other documents that I have relied upon in performing my analysis are identified in this report. It is my opinion that:

1. There are many sources of air pollution in both Suffolk County and Roxbury, Massachusetts besides the Paul Revere facility and vehicles operated by Paul Revere.
2. The amount of emissions estimated by U.S. EPA to have resulted from the observed idling of vehicles at the Paul Revere facility in Roxbury and other locations during March and April 2006 is quite small compared to the emissions from all mobile sources operating in Suffolk County, Massachusetts.
3. Emissions from idling motor vehicles vary for gasoline and Diesel vehicles and are affected by the design of the engine and the characteristics of the emission control system. As a result, the amount of pollution produced by five minutes of idling can vary from vehicle to vehicle.
4. In order to estimate the total amount of emissions from idling vehicles, one needs to know, at a minimum, the age and type of each vehicle, the type of emission control system installed on the vehicle, the characteristics of fuel on which the vehicle is operating, and the duration of each vehicle's idling period.
5. The use of ultra low-sulfur Diesel fuel reduces PM from Diesel engines during idling as well as during on-road operation.
6. The use of catalyzed particulate traps reduces PM from Diesel engines during idling as well as during on-road operation.

---

[1] The terms VOCs and hydrocarbons (HC) are frequently used interchangeably.

7. The retrofit installation of Cleaire Longview exhaust aftertreatment devices combined with the use of ultra-low sulfur Diesel fuel reduces PM emissions during idling and PM, NOx, VOC, and CO emissions during operation.

8. The voluntary use of Ultra Low Sulfur Diesel fuels and the retrofit of 12 buses with Cleaire Longview devices by Paul Revere resulted in emissions from Paul Revere buses being lower than required by federal or Massachusetts regulations.

As my work in this case is on-going, I may update and revise my analysis and conclusions.

# II. Background

As I described above, the purpose of this report is to describe my analyses related to the emissions from idling gasoline- and Diesel-fueled vehicles at the Paul Revere facility in Roxbury, Massachusetts. In order to put these emissions into proper perspective, a number of issues related to air pollution, emission sources, and emission controls need to be addressed, at least in a summary fashion.

## Air Pollution In the Boston Area

Air pollution in the United States began to be of concern during the 1950s with the discovery that the "smog" observed in the Los Angeles area was formed by chemical reactions between volatile organic compounds (VOCs) and oxides of nitrogen (NOx) in the presence of sunlight. The chemical compound ozone ($O_3$) is the principal ingredient of smog. As concerns related to smog increased, chemical analyses of ambient air identified the presence of additional elements and chemicals classified as air pollutants. Because of concerns that the presence of certain chemical species in ambient air posed a threat to public health, the Clean Air Act of 1970 directed the U.S. EPA to promulgate National Ambient Air Quality Standards (NAAQS). The NAAQS have been and continue to be set at levels such that public exposure to ambient concentrations of

pollutants at levels that fall within the standards is not expected to result in adverse health effects.

Currently, EPA has NAAQS in place for ozone, respirable particulate matter ($PM_{10}$), fine particulate matter ($PM_{2.5}$), carbon monoxide (CO), nitrogen dioxide ($NO_2$), sulfur dioxide ($SO_2$), and lead.  The current NAAQS standards are listed on the U.S. EPA website.[2]  Compliance with the NAAQS is determined primarily based on actual monitoring of ambient pollutant concentrations.  With the removal of lead from motor gasoline, which was completed in the early 1990s, lead emissions from mobile sources are no longer of concern.  Mobile sources are sources of the other pollutants, however, and emit compounds that are precursors to the formation of ozone and secondary PM.

The Boston area is and has been in attainment with respect to the NAAQS for $PM_{10}$, $PM_{2.5}$ $SO_2$, and $NO_2$;[3] and has been designated as being in attainment with the CO NAAQS since April 1, 1996.[4]  The Boston area is classified as a moderate nonattainment area with respect to the current 8-hour ozone NAAQS.[5]

Based on my research, the closest ambient air quality monitoring station to the Paul Revere facility in Roxbury is what is known as the Harrison Avenue monitoring site. Based on the published latitude and longitude for the site available from the U.S. EPA website,[6] the monitoring site is located at 1158 Harrison, which is about one half mile from the Paul Revere facility.  Monitoring began there in 1998 and, based on a review of the data available on the U.S. EPA website and from the Commonwealth of Massachusetts,[7] the only exceedances of the concentration limits set by the NAAQS

---

[2] See http://epa.gov/air/criteria.html
[3] See http://www.epa.gov/air/oaqps/greenbk/nindex.html
[4] 61 FR 2918, January 30, 1996
[5] 69 FR 23858, April 30, 2004
[6] See http://www.epa.gov/air/data/
[7] Commonwealth of Massachusetts 2006 Air Quality Report, July 2007.

observed at the Harrison Avenue monitor have been with respect to ozone on one or two days per year during the summer ozone season. Ambient concentrations of ozone, CO, $NO_2$, $SO_2$, $PM_{10}$, and $PM_{2.5}$ were monitored at the Harrison Avenue site during 2006 and there were no reported exceedances of the NAAQS concentration limits observed for any of these pollutants.

Although regulatory programs designed to reduce ambient concentrations of so-called "toxic" air pollutants have been implemented, there are no NAAQS that have been established for these pollutants. Monitoring for selected toxic air pollutants is conducted at the Harrison Avenue monitor. As one would expect, given the monitor's location in an urban area, the levels observed are higher than those observed at a background monitoring site in Lynn, about 10 miles away. As the U.S. EPA and other agencies have documented, a large number of toxic air pollutants are emitted by a multitude of sources,[8] including mobile[9] sources. As a result, many toxic compounds are ubiquitous in the air of urban areas[10] and determining the impacts of emissions from a given source generally requires specialized air quality modeling studies.[11]

<u>Air Pollutant Emissions from Mobile Sources</u>

Mobile sources are a diverse group of vehicles and engines that are generally used for transportation purposes. This group is frequently subdivided into two categories: on-road; and off-road, or "non-road," mobile sources. The on-road mobile source category is comprised of the following vehicle classifications:

1. Motorcycles;
2. Passenger cars;
3. Light-duty trucks;
4. Medium-duty vehicles; and

---

[8] See http://www.epa.gov/ttn/atw/pollsour.html
[9] See http://www.epa.gov/otaq/toxics.htm
[10] See http://www.epa.gov/ttn/atw/nata1999/nsata99.html
[11] See http://www.epa.gov/scram001/guidance/guide/uatexample.pdf

5. Heavy-duty trucks and buses.

Most on-road mobile sources, with the exception of heavy-duty trucks, operate on gasoline; the heavy-duty trucks and buses generally operate on Diesel fuel.

The non-road category includes sources such as the following:

1. Recreational vehicles, such as off-road motorcycles and all-terrain vehicles;
2. Marine vessels and pleasure craft;
3. Construction and farm equipment;
4. Locomotives;
5. Aircraft and aircraft service vehicles; and
6. Lawn and garden equipment, such as lawnmowers, snowblowers, and weed-whackers.

Many of the engines in the non-road category are Diesel-fueled; however, gasoline-powered engines dominate the recreational vehicle and lawn and garden categories, among others.

Mobile sources generate emissions of air pollutants in two ways: combustion, and fuel evaporative processes. Combustion exhaust products include VOCs (including air toxics), NOx, CO, $SO_2$, $PM_{10}$, and $PM_{2.5}$. Emissions of CO and VOCs—and, to some degree, $PM_{10}$ and $PM_{2.5}$—are the result of incomplete fuel combustion. Emissions of NOx (which includes NO and $NO_2$) are due to the high temperatures associated with combustion in the engine. $SO_2$ is emitted as the result of the presence of sulfur-containing molecules present in fuels or in lubricating oils and additives in the cylinder during combustion. Exhaust emissions of $PM_{10}$ and $PM_{2.5}$ can also arise from lubricating oils; sulfur compounds found in fuels, lubricating oils, and additives; and engine and exhaust system wear debris. Vehicle operation in and of itself can also increase ambient concentrations of $PM_{10}$, and to a lesser degree $PM_{2.5}$, by re-entraining deposited road dust, for example.

It has long been recognized that mobile sources contribute significantly to air quality problems. As a result, there is a long history of regulatory efforts intended to reduce mobile source emissions.

There are five basic ways in which emissions from mobile sources can be controlled: (1) requiring compliance with new engine/vehicle emission standards via certification, (2) monitoring emissions compliance in customer service, (3) establishing fuel specifications, (4) modifying in-use vehicles to reduce emissions through retrofits, and (5) modifying vehicle operating patterns to reduce vehicle use. The first approach seeks to ensure that emissions from new vehicles and engines meet applicable standards when they are first introduced into commerce. This process is known as new-vehicle or new-engine "certification," which requires manufacturers to demonstrate that their products meet applicable emission standards at the time of production, and that the products can reasonably be expected to continue to meet the standards for a specified period of time or usage once in customer use.

The second approach to motor vehicle emissions control is focused entirely on assuring compliance with emissions standards once engines and vehicles are in customer use. Programs of this type can take several forms, one of which is enforcement programs that involve emissions testing of products being used by purchasers to determine if they are in compliance with their certification emission standards. In these programs, products that fail to meet applicable emission standards generally must be recalled and brought into compliance by their manufacturers. Another type of program is represented by the inspection and maintenance (I/M) programs for on-road vehicles that operate in many states, including Massachusetts.[12] I/M programs target vehicles with emissions-related

---

[12] See http://www.vehicletest.state.ma.us/

malfunctions, emission systems that owners have tampered with, and vehicles that owners have failed to properly maintain. Depending on the age of the vehicle and the type of emission problem (e.g., a malfunction or tampering), manufacturers or owners must pay for the repairs needed to return emissions to normal levels.

The third approach to motor vehicle emissions control involves the establishment of fuel specifications. In addition to the design of an engine and its emission control system, the properties of the fuel on which the engine operates are of considerable importance with respect to emissions. This fact has led to regulations specifying the properties and composition of gasoline and Diesel fuel as a means of reducing emissions, including the federal Reformulated Gasoline and Ultra Low Sulfur Diesel requirements currently in place in the Boston area.

The fourth approach—the application of retrofit emission control systems, particularly to reduce emissions from heavy-duty Diesel vehicles—has become relatively widespread. A program encouraging, among other things, the use of verified technologies has been developed by the U.S. EPA.[13] In contrast, California has adopted and is in the process of adopting regulations mandating retrofits and other means of reducing Diesel emissions.[14]

The fifth approach—modification to vehicle operating patterns—includes measures that encourage car pooling, use of public transportation, alternative transportation, as well as restrictions on vehicle idling. With respect to vehicle idling restrictions, the U.S. EPA has published a summary of such state and local rules,[15] as well as a model state idling law.[16]

---

[13] See http://www.epa.gov/otaq/diesel/index.htm
[14] See http://www.arb.ca.gov/diesel/mobile.htm
[15] See http://www.epa.gov/SmartwayLogistics/documents/420b06004.pdf
[16] See http://www.epa.gov/SmartwayLogistics/documents/420s06001.pdf

## III.   Air Pollutant Emissions In Suffolk County, Massachusetts

There are a large number of sources of air pollutant emissions in Suffolk County, Massachusetts.  For a number of reasons, the State of Massachusetts Department of Environmental Protection (DEP) has compiled emission inventories that quantify the emissions of different pollutants arising from a multitude of different sources.  These include stationary point sources, such as factories and power generation facilities; emissions from processes occurring at facilities dispersed around the area, such as solvent use and dry cleaning; and mobile sources.  The latest available emission inventories, which are for calendar year 2002, can be found on the DEP website.[17]

Using the annual emission data from the "Clean Air Act" emission inventories posted on the DEP website and dividing by 365, I have constructed Table 1, which shows average daily emissions of VOCs, NOx, CO, $SO_2$, $PM_{10}$, and $PM_{2.5}$ occurring in Suffolk County in 2002.  I would also note that the 2002 Diesel Particulate Matter Inventories on the DEP website do not include data for specific counties.  However, the total statewide emissions value of about 11 tons per day represents about 53% of the statewide $PM_{2.5}$ inventory, and I would expect that the percentage for Suffolk County would be equal to or higher than the statewide average, based on the discussions presented in the Diesel Particulate Matter Inventory report.  I would also note that as the result of the implementation of additional emissions regulations, I would expect emissions in 2006 for most, if not all, of these pollutants to be somewhat lower than the 2002 values, but not dramatically different in general.

---

[17] See http://www.mass.gov/dep/air/priorities/aqdata.htm

| TABLE 1 2002 EMISSION INVENTORIES FOR SUFFOLK COUNTY (TONS PER DAY) | | | | | |
|---|---|---|---|---|---|
| Pollutant | Stationary | Area | On-Road | Non-Road | Total |
| VOCs | 1.3 | 42.5 | 8.5 | 9.0 | 61.3 |
| NOx | 9.5 | 6.9 | 16.9 | 14.1 | 47.4 |
| CO | 0.4 | 35.3 | 143.5 | 81.4 | 260.6 |
| SO$_2$ | 2.4 | 6.6 | 0.6 | 1.8 | 11.4 |
| PM$_{10}$ | 0.0 | 14.8 | 0.4 | 1.1 | 16.3 |
| PM$_{2.5}$ | 0.0 | 6.6 | 0.3 | 1.0 | 7.9 |

In reviewing the documentation associated with the development of the 2002 DEP mobile source emission inventories,[18] I was unable to find any indication that the DEP emission inventories reflect any emission reduction benefit for the idling regulations found at 310 Code of Massachusetts Regulations, §7.11(1)(b). Similarly, in my review of the materials on the DEP website related to the various State Implementation Plans (SIPs),[19] I was unable to find any description or listing of the idling regulations. Therefore, it is unclear to me whether any of the Massachusetts SIPs actually claim any emission benefit for the idling regulations. This may be because the U.S. EPA requires that specific criteria[20] be met before emission reductions associated with control measures like the idling regulations can be claimed in a SIP.

I was unable to locate any other inventory data regarding emissions of toxic air contaminants in Suffolk County on the DEP websites. However, as noted above, such information is available from the U.S. EPA[21] for calendar year 1999 and is presented in Table 2. Note that the emissions in Table 2 are presented in terms of tons per year, as

---

[18] See the file s45mobl.doc in 07eminv.zip on the DEP website
[19] See http://www.mass.gov/dep/air/priorities/sip.htm
[20] See for example, "Guidance for Quantifying and Using Long Duration Truck Idling Emission Reductions in State Implementation Plans and Transportation Conformity," U.S. EPA, EPA420-B-04-001, January, 2004.
[21] See http://www.epa.gov/ttn/atw/nata1999/tables.html

opposed to the units of tons per day used in Table 1.  I would expect the amount of these

pollutants emitted in 2006 to be somewhat lower than emissions for 1999.

| TABLE 2 1999 U.S. EPA TOXICS EMISSION INVENTORIES FOR SUFFOLK COUNTY (SELECTED COMPOUNDS - TONS PER YEAR) | | | | | |
|---|---|---|---|---|---|
| Pollutant | Major | Area | On-Road | Non-Road | Total |
| Acetaldehyde | 0.0 | 0.4 | 27.7 | 213.1 | 241.3 |
| Acrolein | 0.0 | 3.5 | 4.3 | 23.4 | 31.1 |
| Benzene | 3.9 | 23.4 | 150.1 | 185.5 | 362.9 |
| 1,3-Butadiene | 0.0 | 0.14 | 23.8 | 32.0 | 56.0 |
| Diesel PM | 0.0 | 0.0 | 121.8 | 2816.5 | 2938.3 |
| Formaldehyde | 0.0 | 5.0 | 96.8 | 500.8 | 602.5 |
| Naphthalene | 8.6 | 17.1 | 3.9 | 7.6 | 37.1 |

I understand that the U.S. EPA[22] has estimated the total emissions associated with

all observed vehicle idling at the Paul Revere facility in March and April 2006 to be 1.37

pounds of HC (e.g., VOCs), 4.40 pounds of CO, 16.84 pounds of NOx, and 0.69 pounds

of PM.  Although the U.S. EPA estimates of HC, CO, NOx, and PM are for multiple

days, they are far smaller than any of the ton per day values in Table 1.  I am unaware of

any U.S. EPA estimates for toxic air contaminant emissions due to idling at the Paul

Revere facility; however, the emissions level for the toxics listed in Table 2, other than

Diesel PM, would be some small fraction of the reported HC emissions.

## IV.   Estimation of Emissions from Idling Vehicles and Vehicles in Operation

General Methodology for Estimating Idling Emissions

The general methodology used to estimate emissions during a vehicle idling

episode involves multiplying the duration of the idling episode by an emissions factor,

---

[22] Brzezinski, D.J., "Estimate of Total Idling Emissions," Prepared at the Request of Rachel Hankey, April 25, 2008.

usually given in terms of the mass of a pollutant emitted per unit time of idling. Different emission factors or adjustments may be made to account for accessory loads and other factors. Idling emission factors for heavy-duty Diesel trucks and buses are available from a variety of sources, including regulatory agencies such as the U.S. EPA[23,24] and California Air Resources Board,[25] as well as in the technical literature.[26] Values of heavy-duty Diesel idling emission factors can vary substantially depending on the selected source—a fact that reflects the variation in measured emissions and the uncertainties associated with estimates of idling emissions.

I understand, based on reference 22, that the U.S. EPA states it used the idling emission factors shown in Table 3 (obtained from reference 24) to compute the agency's estimates of total idling emissions from the Paul Revere Diesel vehicles observed idling during March and April 2006. As shown, there are different NOx emission factors for different vehicle categories; and HC and CO emission factors vary with vehicle age, declining for newer model year vehicles.

| TABLE 3 U.S. EPA DIESEL IDLING EMISSION FACTORS (g/hr - from Reference 24) | | | | |
|---|---|---|---|---|
| Vehicle Category | NOx | PM | HC | CO |
| All Pre-1988 MY | 71.32 | 3.38 | 1294.063 - 0.644 * Model Year | 2415.728 - 1.20 * Model Year |
| 1988 and later MY Trucks | 84.69 | 3.38 | 1294.063 - 0.644 * Model Year | 2415.728 - 1.20 * Model Year |
| 1988 and later MY Buses | 110.50 | 3.38 | 1294.063 - 0.644 * Model Year | 2415.728 - 1.20 * Model Year |

---

[23] "Guidance for Quantifying and Using Long Duration Truck Idling Emission Reductions in State Implementation Plans and Transportation Conformity," U.S. EPA, EPA420-B-04-001, January 2004.
[24] Brzezinski, D.J, and Glover, E.L., "Draft Analysis of Heavy-Duty Diesel Vehicle Idle Emission Rates," EPA420-D-03-001, November 2003.
[25] See http://www.arb.ca.gov/msei/onroad/techmemo/revised_hhddt_emission_factors_and_speed_corr_factors.pdf
[26] See, for example, Kahn, A.S., et al., "Idle Emissions from Heavy-Duty Diesel Vehicles: Review and Recent Data," J. Air & Waste Manage. Assoc. 56:1404–1419, October 2006.

Based on my review of references 22 and 24, I see that U.S. EPA has used the 84.69 g/hr NOx emission factor for 1988 and later trucks, rather than the 110.50 g/hr NOx emission factor for 1988 and later buses, in its estimate of emissions at the Roxbury facility. While the reason for this is not explained, it probably has to due with the fact that the data upon which the bus factor is based are limited and derived from testing performed at altitude.

In addition, I see no evidence that the emission factors shown in Table 3 were properly adjusted by U.S. EPA to account for two voluntary emission control measures I understand were implemented by Paul Revere prior to March 2006: (1) the use of Ultra Low Sulfur (<15 ppm S) Diesel fuel, which I understand began to be used in 2003 in all Paul Revere Diesel vehicles based at the Roxbury Facility; and (2) the retrofit installation of Cleaire Longview exhaust aftertreatment devices on twelve 2002 and 2003 model-year buses equipped with Cummins Diesel engines. In addition, I see no evidence that idle PM emission rates were properly adjusted for the fact that seven 2003 model-year buses equipped with Detroit Diesel Diesel engines operated by Paul Revere from the Roxbury facility came with manufacturer-installed catalyzed Diesel particulate traps.

I also understand from reference 22 that the U.S. EPA analysis used idle emission rates for gasoline vehicles derived from the agency's MOBILE6.2 emission factor model.

## Accounting for Ultra Low Sulfur Diesel Fuel

During March and April 2006, the sulfur content of on-road Diesel fuel used in Suffolk County was limited to approximately 500 ppm by federal regulations.[27] In contrast, the sulfur content of Ultra Low Sulfur Diesel Fuel is, by definition, less than 15 ppm. During the fall of 2006, a transition to Ultra Low Sulfur Diesel Fuel mandated

---

[27] See, for example, http://www.epa.gov/otaq/highway-diesel/regs/420f06064.pdf and section 80.29 of Title 40 Code of Federal Regulations.

by U.S. EPA regulations began. Based on fuel survey data collected by the Alliance of Automobile Manufacturers (AAM) in Boston during the summer and winter of 2006, the average sulfur contents observed were 0.0381 wt% and 0.0144 wt%, respectively. The latter value likely reflects the impact of the transition to Ultra Low Sulfur Diesel fuel noted above. These values translate to approximately 381 and 144 ppm sulfur, respectively.

For Diesel vehicles without exhaust aftertreatment devices, use of Ultra Low Sulfur Diesel fuel reduces emissions of PM due to a reduction in the sulfate component of the PM emissions and $SO_2$.[28] The U.S. EPA has published guidance documents[29,30] on modeling on-road vehicle emissions that includes assessing the impacts of the use of Ultra Low Sulfur Diesel fuel on PM emissions from on-road Diesel vehicles. These documents recommend the use of a 370 ppm sulfur value for Diesel fuel in Suffolk County, Massachusetts during March and April 2006 (which is consistent with the average value of 381 ppm from the winter AAM fuel survey) and the use of 11 ppm for the sulfur content of Ultra Low Sulfur Diesel fuel. Therefore, the sulfur content of the Diesel fuel voluntarily used by Paul Revere during 2006 was on the order of 30 times lower than the average on-road Diesel fuel available in Boston.

Based on MOBILE6.2, for those Diesel vehicles without exhaust aftertreatment devices operated by Paul Revere, reductions in $PM_{2.5}$ emissions of about 0.04 grams per mile would have been realized for every mile they were voluntarily operated on Ultra Low Sulfur Diesel Fuel. Also, depending on the age of the vehicle, reductions in idling PM emission rates of about 2% to 20% (the percentage of PM emissions attributable to sulfate based on MOBILE6.2) were achieved from the use of Ultra Low Sulfur Diesel

---

[28] See, for example, http://www.epa.gov/nonroad-diesel/2004fr/420r04007d.pdf
[29] See http://www.epa.gov/otaq/models/mobile6/420r04013.pdf
[30] See http://www.epa.gov/otaq/models/mobile6/hwydieselsulfur.pdf

fuel, and the idle emission factors used in the U.S. EPA analysis (reference 22) should have been appropriately adjusted.

The impacts of fuel sulfur reduction for Diesel vehicles with aftertreatment devices can be more complicated and are often included in the emission benefits attributable to the devices, but emissions of sulfur-containing compounds are again reduced in direct proportion to the reduction in fuel sulfur content and additional emission benefits can be achieved if catalyzed aftertreatment devices are being used.

### Accounting for the Voluntary Retrofit of Cleaire Longview Devices

I understand that, prior to 2006, Paul Revere retrofit twelve 2002 and 2003 model-year Thomas buses equipped with Cummins Diesel engines with Cleaire Longview aftertreatment devices and fueled the buses with Ultra Low Sulfur Diesel fuel. According to the California Air Resources Board,[31] the Cleaire Longview device has been verified to reduce PM emissions by at least 85% and NOx emissions by 25%. The device incorporates a lean NOx catalyst and a catalyzed Diesel particulate filter.[32] During normal in-use operation, PM and NOx emissions of the Paul Revere buses equipped with the Cleaire Longview devices would be expected to be reduced by these percentages. In addition, test data indicate that, because of its catalyzed design, the Longview device also reduces HC and CO emissions during normal vehicle operation by about 90%.[33]

Table 4 shows average in-use emission factors for HC, CO, NOx, and PM for 2002 and 2003 model-year Diesel buses in calendar year 2006 taken from the U.S. EPA's MOBILE6.2 emission factor model. If one multiplies these values by the emission reduction percentages attributed to the Cleaire Longview device and then divides those

---

[31] See http://www.arb.ca.gov/diesel/verdev/level3/level3.htm
[32] See http://www.cleaire.com/web/products/longview.shtml
[33] See http://www.arb.ca.gov/fuels/diesel/altdiesel/b_edgar.pdf

Feb-06

*Paul Revere Transportation, LLC full size buses and coaches*

| VEH# | VIN | YR | MAKE/MODEL | Plate | # | Contract | Fuel | Location |
|------|-----|----|-----------|-------|---|----------|------|----------|
| 9414 | 1G0YT82W2BV811876 | 1981 | GMC RTS* | 10273 | 40 | Unregistered | Diesel | Chelsea |
| 9418 | 1G0YT82W8BV812188 | 1981 | GMC RTS | 12810 | 48 | Unregistered | Diesel | Chelsea |
| 9419 | 1G0YT82W1BV811951 | 1981 | GMC RTS* | 15948 | 44 | Unregistered | Diesel | Chelsea |
| 9421 | 1G0YT82W7BV812716 | 1981 | GMC RTS* | 16395 | 40 | Scrapped | Diesel | Chelsea |
| 9422 | 1G0YTB2WXBVB12788 | 1981 | GMC RTS | 16784 | 40 | Scrapped | Diesel | Chelsea |
| 9426 | 1G0YT82JXEV822844 | 1984 | GMC RTS | 663 | 40 | Scrapped | Diesel | Chelsea |
| 9427 | 1G0YT82J6EV822856 | 1984 | GMC RTS | 660 | 40 | Unregistered, Engine Cradle | Diesel | Chelsea |
| 9428 | 1G0YT82J0EV822870 | 1984 | GMC RTS | 662 | 40 | Chelsea/ OOS | Diesel | Chelsea |
| 9429 | 1G0YT82J8EV822874 | 1984 | GMC RTS | 659 | 40 | Chelsea/ OOS | Diesel | Chelsea |
| 9430 | 1G0YT82J1EV822876 | 1984 | GMC RTS | 2076 | 40 | Masco | Diesel | Boston |
| 9431 | 1G0YT82J5EV822878 | 1984 | GMC RTS | 4810 | 40 | Chelsea/ OOS | Diesel | Chelsea |
| 9432 | 1G0YT83J7EV822879 | 1984 | GMC RTS | 14806 | 40 | Masco | Diesel | Boston |
| 9433 | 1G0YT82JXEV822892 | 1984 | GMC RTS | 14805 | 40 | Scrapped | Diesel | Chelsea |
| 9434 | 1G0YT82J3EV822894 | 1984 | GMC RTS | 677 | 40 | Chelsea/ OOS | Diesel | Chelsea |
| 9436 | 1G0YT82J7FV823593 | 1985 | GMC RTS | 15666 | 40 | Unregistered/ Engine | Diesel | Chelsea |
| 9438 | 1G0YT82J0FV823600 | 1985 | GMC RTS | 15665 | 40 | Unregistered/ Engine | Diesel | Chelsea |
| 9439 | 1G0YT82J0FV823628 | 1985 | GMC RTS | 15664 | 40 | Unregistered/ Engine | Diesel | Chelsea |

Mar-06

Paul Revere Transportation, LLC full size buses and coaches

| VEH# | VIN | YR | MAKE/MODEL | Plate | # | Contract | Fuel | Location |
|---|---|---|---|---|---|---|---|---|
| 1 | 1J4GW48S33C544824 | 2003 | JEEP GRAND CHEROKEE | F9498 | 4 | Admin Doc Daley | Gas | Chelsea |
| 2 | 1J4FF48S71L503007 | 2001 | JEEP CHEROKEE | F9544 | 4 | Admin T. Gedaminsky | Gas | Chelsea |
| 3 | 1NFM81W7WY622469 | 1998 | LINCOLN TOWN CAR | LV12856 | 5 | Charter | Gas | Chelsea |
| 4 | 1J4GZ58S2WC190280 | 1998 | JEEP GRAND CHEROKEE | G21177 | 4 | Logan/Supervisor | Gas | Chelsea |
| 9 | JFTPF17L12NA31718 | 2002 | FORD F150 P/U | J41980 | 2 | Admin Jim viola | Gas | Chelsea |
| 65 | 1FBJS31L8VHA44818 | 1997 | ECONOLINE | 31695 | 15 | Scrapped | Gas | Chelsea |
| 67 | 1FDLE40F5THB51069 | 1997 | FORD CUT VAN | 14901 | 16 | Chelsea Maint-Good | Diesel | Chelsea |
| 71 | 1FDKE30F1THB26644 | 1997 | FORD CUT VAN | 16713 | 14 | Suff/Shaw | Diesel | Chelsea |
| 72 | 1FDLE40F0VHB88128 | 1997 | FORD CUT VAN | 12736 | 15 | Chelsea Maint | Diesel | Chelsea |
| 73 | 1FDLE40E2VHB88129 | 1997 | FORD CUT VAN | 115975 | 15 | Scrapped | Diesel | Chelsea |
| 74 | 1FDLE40F9VHB88127 | 1997 | FORD CUT VAN | 14878 | 15 | Suffolk Downs | Diesel | Chelsea |
| 75 | 1FBJS31L8VHA71159 | 1997 | ECONOLINE | 16445 | 15 | Scrapped | Gas | Chelsea |
| 76 | 1FBSS31L0WHA46133 | 1998 | ECONOLINE | 31690 | 14 | Chelsea/ OOS | Gas | Chelsea |
| 77 | 1FDXE40F1WHB50264 | 1998 | FORD CUT VAN | 16787 | 17 | Museum | Diesel | Boston |
| 78 | 1FDXE40F9WHB64090 | 1998 | FORD CUT VAN | 16785 | 22 | Charter | Diesel | Chelsea |
| 79 | 1FDXE40F3WHB45440 | 1998 | FORD CUT VAN | 16788 | 17 | Simmons | Diesel | Boston |
| 80 | 1FDXE40F5WHB45441 | 1998 | FORD CUT VAN | 16786 | 17 | Chelsea Maint Eng/seize | Diesel | Chelsea |
| 81 | 1FDXE40F1XHA11124 | 1999 | FORD CUT VAN | 14912 | 19 | Chelsea Maint | Diesel | Chelsea |
| 82 | 1FDXE40F8XHA11122 | 1999 | FORD CUT VAN | 16385 | 19 | Scrapped | Diesel | Boston |
| 84 | 1FDXE40F3XHA11125 | 1999 | FORD CUT VAN | 15750 | 19 | Chelsea Maint | Diesel | Chelsea |
| 85 | 1FBSS31L2XHA62660 | 1999 | ECONOLINE | 15667 | 14 | Chelsea/ OOS | Gas | Chelsea |
| 86 | 1FBSS31L1XHA71771 | 1999 | ECONOLINE | 16143 | 14 | Logan/Supervisor | Gas | Chelsea |
| 87 | 1FBSS31S31HA11490 | 2001 | ECONOLINE | 37307 | 15 | Harvard | Gas | Chelsea |
| 88 | 1FBSS31S51HA11491 | 2001 | ECONOLINE | 37315 | 14 | Masco | Gas | Boston |
| 89 | 1FBSS31S71HA11492 | 2001 | ECONOLINE | 37325 | 14 | Blue Cross/Supervisor | Gas | Chelsea |
| 90 | 1FBSS31L01HA07213 | 2001 | ECONOLINE | 36398 | 15 | Chelsea Maint Parts | Gas | Boston |
| 91 | 1FBSS31L3YHB90858 | 2000 | ECONOLINE | 35242 | 15 | Chelsea/ OOS | Gas | Chelsea |
| 92 | 1FBSS31L0YHB97198 | 2000 | ECONOLINE | 35243 | 15 | Chelsea/ OOS | Gas | Chelsea |
| 93 | 1FBSS31SX1HA86901 | 2001 | ECONOLINE | 39960 | 15 | Blue Cross | Gas | Boston |
| 94 | 1FBSS31L11HA70658 | 2001 | ECONOLINE | 39263 | 15 | Blue Cross | Gas | Boston |
| 95 | 1FBSS31L91HB36230 | 2001 | ECONOLINE | 39257 | 14 | Blue Cross | Gas | Boston |
| 96 | 1FBSS31L02HA17564 | 2002 | ECONOLINE | 12840 | 15 | Blue Cross | Gas | Boston |
| 97 | 1FBSS31L02HA62764 | 2002 | ECONOLINE | LV39248 | 14 | Blue Cross | Gas | Boston |
| 98 | 1FBSS31L32HA62773 | 2002 | ECONOLINE | LV39247 | 14 | Blue Cross | Gas | Boston |
| 99 | 1FBSS31L52HB05171 | 2002 | ECONOLINE | 40783 | 14 | Blue Cross | Gas | Boston |
| 100 | 1FDLE40F8VHB90855 | 1998 | FORD CUT VAN | 16760 | 17 | Charter | Diesel | Chelsea |
| 101 | 1FDLE40FXVHB90856 | 1998 | FORD CUT VAN | 16759 | 17 | Chelsea Maint | Diesel | Chelsea |
| 102 | 1FDLE40F1VHB90857 | 1998 | FORD CUT VAN | 16758 | 17 | Chelsea Maint | Diesel | Chelsea |
| 103 | 1FDLE40F3VHB90858 | 1998 | FORD CUT VAN | 16757 | 17 | Charter | Diesel | Chelsea |
| 104 | 1FDLE40F5VHB90859 | 1998 | FORD CUT VAN | 16753 | 17 | Charter | Diesel | Chelsea |
| 105 | 1FDLE40F1VHB90860 | 1998 | FORD CUT VAN | 16438 | 20 | Charter | Diesel | Chelsea |
| 106 | 1FDLE40F3VHB90861 | 1998 | FORD CUT VAN | 16775 | 17 | Chelsea Maint | Diesel | Chelsea |
| 107 | 1FDXE40F2XHB90984 | 1999 | FORD CUT VAN | 223 | 22 | Star Market/Masco | Gas | Boston |
| 108 | 1FDXE40F4XHB08740 | 1999 | FORD CUT VAN | 4808 | 22 | Star Market/Masco | Diesel | Boston |
| 110 | 1FDXE40F7XHC04667 | 1999 | FORD CUT VAN | 214 | 22 | Charter | Diesel | Chelsea |
| 111 | 1FDXE40F6XHB08741 | 1999 | FORD CUT VAN | 213 | 22 | Logan | Diesel | Chelsea |
| 112 | 1FDXE40F0XHC04669 | 1999 | FORD CUT VAN | 212 | 22 | Blue Cross/Charters | Diesel | Boston |
| 113 | 1FDXE40F9XHC04668 | 1999 | FORD CUT VAN | 224 | 22 | Masco | Diesel | Boston |
| 114 | 1FDXE40F0XHB08940 | 1999 | FORD CUT VAN | 225 | 22 | Roxbury Maint. Parts | Diesel | Chelsea |
| 115 | 1FDXE45F8YHA31302 | 2000 | FORD CUT VAN | 4823 | 21 | Blue Cross | Diesel | Boston |
| 116 | 1FDXE45F2YHA27262 | 2000 | FORD CUT VAN | 15873 | 22 | Blue Cross | Diesel | Boston |
| 117 | 1FDWE35S4YHA80967 | 2000 | FORD CUT VAN | 15548 | 14 | Logan/Supervisor | Gas | Chelsea |
| 118 | 1FDXE40S3XHC34875 | 1999 | FORD CUT VAN | 18488 | 14 | Chelsea Maint Engine | Gas | Chelsea |

by the idling emission factors used in the U.S. EPA emission analysis (see references 22 and 24) adjusted to units of grams per minute, one can compute the equivalent number of minutes of idling offset prior to retrofit by the Longview system per mile the bus is operated.  These values are shown in Table 5.  As shown, the emission benefits from the Longview system offset between about 2.5 and 14 minutes of idling per mile of bus operation depending on the pollutant and model year.  In other words, the emission benefits from 50 miles of bus operation with the retrofit would offset at least 125 minutes of idling emissions, depending on the pollutant.  It should also be noted that the benefits from the retrofit occur over every mile of bus operation on every day of bus operation, not just on days when a bus may have idled for longer than five minutes.

| TABLE 4 U.S. EPA DIESEL BUS MOBILE6.2 EMISSION FACTORS (g/mi – Calendar Year 2006 ) | | | | |
|---|---|---|---|---|
| Model Year | NOx | PM | HC | CO |
| 2002 | 15.92 | 0.171 | 0.23 | 3.14 |
| 2003 | 13.41 | 0.171 | 0.24 | 3.14 |

| TABLE 5 MINUTES OF IDLING EMISISONS OFFSET BY LONGVIEW DEVICE RETROFIT PER MILE OF BUS OPERATION (min/mile – Calendar Year 2006 ) | | | | |
|---|---|---|---|---|
| Model Year | NOx | PM | HC | CO |
| 2002 | 2.8 | 2.6 | 2.6 | 12.7 |
| 2003 | 2.4 | 2.6 | 3.0 | 14.0 |

During idling, PM emissions would also be expected to be reduced by about 85% although NOx, HC, and CO emissions might not be affected.  Therefore, the idling PM emission factor used by U.S. EPA applied to these vehicles should have been adjusted accordingly in a manner analogous to that described in reference 24 for accounting for the impacts of trap-forcing emission standards on idle emissions.  Therefore, it would

take the Longview-equipped bus about 33 (5/0.15) minutes of idling to emit the same mass of PM it would have emitted in 5 minutes before being retrofit.

## Accounting for the Presence of OEM PM Traps on the NEOPLAN Buses

In addition to the retrofit buses, I understand that seven 2003 model-year NEOPLAN AN440LF buses based on the Roxbury facility are equipped with 2003 Detroit Diesel Series 50 urban bus engines that were certified to new engine emissions standards with catalyzed particulate traps. Although I understand the engine family designations of the engines in the buses in question are not available, 2003 model-year Detroit Diesel Urban Bus Engines in the 3DDXH0.85FJA and -JB families were certified by the California Air Resources Board[34] and U.S. EPA[35,36] with catalyzed Diesel particulate filters expected to reduce emissions of PM, HC, and CO by about 80 to 90%. With respect to PM, this is evidenced by the fact that the certification PM emissions were on the order of 0.01 gram per brake-horsepower hour. Therefore, as is outlined above as well as in reference 24, the idle emission factors used in the U.S. EPA analysis should be reduced accordingly. Again, idling of these buses for about 30 minutes would be required for cumulative PM emissions to equal those emitted in 5 minutes of idling by buses without particulate filters.

June 9, 2008

_____
James M. Lyons

---

[34] California Air Resources Board Executive Order A-290-0110-3
[35] See http://www.epa.gov/otaq/certdata.htm#largeng
[36] See http://www.epa.gov/otaq/cert/eng-recall/ddc1.htm

# APPENDIX A

## RÉSUMÉ OF JAMES M. LYONS

Résumé

## James Michael Lyons

sierra
research

1801 J Street
Sacramento, CA  95811
Tel: (916) 444-6666
Fax: (916) 444-8373

Ann Arbor, MI
Tel: (734) 761-6666
Fax: (734) 761-6755

Education

1985, M.S., Chemical Engineering, University of California, Los Angeles

1983, B.S., Cum Laude, Chemistry, University of California, Irvine

Professional Experience

4/91 to present       Senior Engineer/Partner/Senior Partner
                      Sierra Research

Primary responsibilities include oversight and execution of complex analyses of the
emission benefits, costs, and cost-effectiveness of mobile source air pollution control
measures.  Mr. Lyons has developed particular expertise with respect to the assessment of
control measures involving fuel reformulation, fuel additives, and alternative fuels, as
well as accelerated vehicle/engine retirement programs, the deployment of advanced
emission control systems for on- and non-road gasoline- and Diesel-powered engines,
on-vehicle evaporative and refueling emission control systems, and Stage I and Stage II
service station vapor recovery systems.  Additional duties include assessments of the
activities of federal, state, and local regulatory agencies with respect to motor vehicle
emissions and reports to clients regarding those activities.  Mr. Lyons has extensive
litigation experience related to air quality regulations, product liability, and intellectual
property issues.

7/89 to 4/91          Senior Air Pollution Specialist
                      California Air Resources Board

Supervised a staff of four professionals responsible for identifying and controlling
emissions of toxic air contaminants from mobile sources and determining the effects of
compositional changes to gasoline and diesel fuel on emissions of regulated and
unregulated pollutants.  Other responsibilities included development of new test
procedures and emission standards for evaporative and running loss emissions of
hydrocarbons from vehicles; overseeing the development of the state plan to control toxic
emissions from motor vehicles; and reducing emissions of CFCs from motor vehicles.

4/89 to 7/89                Air Pollution Research Specialist
                           California Air Resources Board

Responsibilities included identification of motor vehicle research needs; writing requests
for proposals; preparation of technical papers and reports; as well as monitoring and
overseeing research programs.

9/85 to 4/89                Associate Engineer/Engineer
                           California Air Resources Board

Duties included analysis of vehicle emissions data for trends and determining the
effectiveness of various types of emissions control systems for both regulated and toxic
emissions; determining the impact of gasoline and diesel powered vehicles on ambient
levels of toxic air contaminants; participation in the development of regulations for "gray
market" vehicles; and preparation of technical papers and reports.

Professional Affiliations

American Chemical Society
Society of Automotive Engineers

Selected Publications (Author or Co-Author)

"Summary of Federal and California Subsidies for Alternative Fuels," Sierra Research
Report No. SR2007-04-02, prepared for the Western States Petroleum Association, April
2007.

"Analysis of IRTA Report on Water-Based Automotive Products," Sierra Research
Report No. SR2006-08-02, prepared for the Consumer Specialty Projects Association and
Automotive Specialty Products Alliance, August 2006.

"Evaluation of Pennsylvania's Implementation of California's Greenhouse Gas
Regulations on Criteria Pollutants and Precursor Emissions," Sierra Research Report No.
SR2006-04-01, prepared for Alliance of Automobile Manufacturers, April 12, 2006.

"Evaluation of New Jersey's Adoption of California's Greenhouse Gas Regulations on
Criteria Pollutants and Precursor Emissions," Sierra Research Report No. SR2005-09-03,
prepared for the Alliance of Automobile Manufacturers, September 30, 2005.

"Evaluation of Vermont's Adoption of California's Greenhouse Gas Regulations on
Criteria Pollutants and Precursor Emissions," Sierra Research Report No. SR2005-09-02,
prepared for the Alliance of Automobile Manufacturers, September 19, 2005.

"Assessment of the Cost-Effectiveness of Compliance Strategies for Selected Eight-Hour Ozone NAAQS Nonattainment Areas," Sierra Research Report No. SR2005-08-04, prepared for the American Petroleum Institute, August 30, 2005.

"Evaluation of Connecticut's Adoption of California's Greenhouse Gas Regulations on Criteria Pollutants and Precursor Emissions," Sierra Research Report No. SR2005-08-03, prepared for the Alliance of Automobile Manufacturers, August 26, 2005.

"Evaluation of New York's Adoption of California's Greenhouse Gas Regulations On Criteria Pollutants and Precursor Emissions," Sierra Research Report No. SR2005-07-04, prepared for the Alliance of Automobile Manufacturers, July 14, 2005.

"Review of MOVES2004," Sierra Research Report No. SR2005-07-01, prepared for the Alliance of Automobile Manufacturers, July 11, 2005.

"Review of Mobile Source Air Toxics (MSAT) Emissions from On-Highway Vehicles: Literature Review, Database, Development, and Recommendations for Future Studies," Sierra Research Report No. SR2005-03-01, prepared for the American Petroleum Institute, March 4, 2005.

"The Contribution of Diesel Engines to Emissions of ROG, NOx, and PM2.5 in California: Past, Present, and Future," Sierra Research Report No. SR2005-02-01, prepared for Diesel Technology Forum, February 2005.

"Fuel Effects on Highway Mobile Source Air Toxics (MSAT) Emissions," Sierra Research Report No. SR2004-12-01, prepared for the American Petroleum Institute, December 23, 2004.

"Review of the August 2004 Proposed CARB Regulations to Control Greenhouse Gas Emissions from Motor Vehicles: Cost Effectiveness for the Vehicle Owner or Operator – Appendix C to the Comments of The Alliance of Automobile Manufacturers," Sierra Research Report No. SR2004-09-04, prepared for the Alliance of Automobile Manufacturers, September 2004.

"Emission and Economic Impacts of an Electric Forklift Mandate," Sierra Research Report No. SR2003-12-01, prepared for National Propane Gas Association, December 12, 2003.

"Reducing California's Energy Dependence," Sierra Research Report No. SR2003-11-03, prepared for Alliance of Automobile Manufacturers, November 25, 2003.

"Evaluation of Fuel Effects on Nonroad Mobile Source Air Toxics (MSAT) Emissions: Literature Review, Database Development, and Recommendations for Future Studies," Sierra Research Report No. SR2003-10-01, prepared for American Petroleum Institute, October 3, 2003.

"Review of Current and Future CO Emissions from On-Road Vehicles in Selected Western Areas," Sierra Research Report No. SR03-01-01, prepared for the Western States Petroleum Association, January 2003.

"Review of CO Compliance Status in Selected Western Areas," Sierra Research Report No. SR02-09-04, prepared for the Western States Petroleum Association, September 2002.

"Impacts Associated With the Use of MMT as an Octane Enhancing Additive in Gasoline – A Critical Review", Sierra Research Report No. SR02-07-01, prepared for Canadian Vehicle Manufacturers Association and Association of International Automobile Manufacturers of Canada, July 24, 2002.

"Critical Review of 'Safety Oversight for Mexico-Domiciled Commercial Motor Carriers, Final Programmatic Environmental Assessment', Prepared by John A Volpe Transportation Systems Center, January 2002," Sierra Research Report No. SR02-04-01, April 16, 2002.

"Critical Review of the Method Used by the South Coast Air Quality Management District to Establish the Emissions Equivalency of Heavy-Duty Diesel- and Alternatively Fueled Engines", Sierra Research Report No. SR01-12-03, prepared for Western States Petroleum Association, December 21, 2001.

"Review of U.S. EPA's Diesel Fuel Impact Model", Sierra Research Report No. SR01-10-01, prepared for American Trucking Associations, Inc., October 25, 2001.

"Operation of a Pilot Program for Voluntary Accelerated Retirement of Light-Duty Vehicles in the South Coast Air Basin," Sierra Research Report No. SR01-05-02, prepared for California Air Resources Board, May 2001.

"Comparison of Emission Characteristics of Advanced Heavy-Duty Diesel and CNG Engines," Sierra Report No. SR01-05-01, prepared for Western States Petroleum Association, May 2001.

"Analysis of Southwest Research Institute Test Data on Inboard and Sterndrive Marine Engines," Sierra Report No. SR01-01-01, prepared for National Marine Manufacturers Association, January 2001.

"Institutional Support Programs for Alternative Fuels and Alternative Fuel Vehicles in Arizona: 2000 Update," Sierra Report No. SR00-12-04, prepared for Western States Petroleum Association, December 2000.

"Real-Time Evaporative Emissions Measurement: Mid-Morning Commute and Partial Diurnal Events," SAE Paper No. 2000-01-2959, October 2000.

"Evaporative Emissions from Late-Model In-Use Vehicles," SAE Paper No. 2000-01-2958, October 2000.

"A Comparative Analysis of the Feasibility and Cost of Compliance with Potential Future Emission Standards for Heavy-Duty Vehicles Using Diesel or Natural Gas," Sierra Research Report No. SR00-02-02, prepared for Californians For a Sound Fuel Strategy, February 2000.

"Critical Review of the Report Entitled 'Economic Impacts of On Board Diagnostic Regulations (OBD II)' Prepared by Spectrum Economics," Sierra Research Report No. SR00-01-02, prepared for the Alliance of Automobile Manufacturers, January 2000.

"Potential Evaporative Emission Impacts Associated with the Introduction of Ethanol-Gasoline Blends in California," Sierra Research Report No. SR00-01-01, prepared for the American Methanol Institute, January 2000.

"Evaporative Emissions from Late-Model In-Use Vehicles," Sierra Research Report No. SR99-10-03, prepared for the Coordinating Research Council, October 1999.

"Investigation of Sulfur Sensitivity and Reversibility in Late-Model Vehicles," SAE Paper No. 1999-01-3676, August 1999.

"Future Diesel-Fueled Engine Emission Control Technologies and Their Implications for Diesel Fuel Properties," Sierra Research Report No. SR99-08-01, prepared for the American Petroleum Institute, August 1999.

"Analysis of Compliance Feasibility under Proposed Tier 2 Emission Standards for Passenger Cars and Light Trucks," Sierra Research Report No. SR99-07-02, July 1999.

"Comparison of the Properties of Jet A and Diesel Fuel," Sierra Research Report No. SR99-02-01, prepared for Pillsbury Madison and Sutro, February 1999.

"Investigation of Sulfur Sensitivity and Reversibility in Late-Model Vehicles," Sierra Research Report No. SR98-12-02, prepared for the American Petroleum Institute, December 1998.

"Analysis of New Motor Vehicle Issues in the Canadian Government's Foundation Paper on Climate Change – Transportation Sector," Sierra Research Report No. SR98-12-01, prepared for the Canadian Vehicle Manufacturers Association, December 1998.

"Investigation of the Relative Emission Sensitivities of LEV Vehicles to Gasoline Sulfur Content - Emission Control System Design and Cost Differences," Sierra Research Report No. SR98-06-01, prepared for the American Petroleum Institute, June 1998.

"Costs, Benefits, and Cost-Effectiveness of CARB's Proposed Tier 2 Regulations for Handheld Equipment Engines and a PPEMA Alternative Regulatory Proposal," Sierra Research Report No. SR98-03-03, prepared for the Portable Power Equipment Manufacturers Association, March 1998.

"Analysis of Diesel Fuel Quality Issues in Maricopa County, Arizona," Sierra Research Report No. SR97-12-03, prepared for the Western States Petroleum Association, December 1997.

"Potential Impact of Sulfur in Gasoline on Motor Vehicle Pollution Control and Monitoring Technologies," prepared for Environment Canada, July 1997.

"Analysis of Mid- and Long-Term Ozone Control Measures for Maricopa County," Sierra Research Report No. SR96-09-02, prepared for the Western States Petroleum Association, September 9, 1996.

"Technical and Policy Issues Associated with the Evaluation of Selected Mobile Source Emission Control Measures in Nevada," Sierra Research Report No. SR96-03-01, prepared for the Western States Petroleum Association, March 1996.

"Cost-Effectiveness of Stage II Vapor Recovery Systems in the Lower Fraser Valley," Sierra Research Report No. SR95-10-05, prepared for the Province of British Columbia Ministry of Environment Lands and Parks and the Greater Vancouver Regional District, October 1995.

"Cost of Stage II Vapor Recovery Systems in the Lower Fraser Valley," Sierra Research Report No. SR95-10-04, prepared for the Province of British Columbia Ministry of Environment Lands and Parks and the Greater Vancouver Regional District, October 1995.

"A Comparative Characterization of Gasoline Dispensing Facilities With and Without Vapor Recovery Systems," Sierra Research Report No. SR95-10-01, prepared for the Province of British Columbia Ministry of Environment Lands and Parks, October 1995.

"Potential Air Quality Impacts from Changes in Gasoline Composition in Arizona," Sierra Research Report No. SR95-04-01, prepared for Mobil Corporation, April 1995.

"Vehicle Scrappage: An Alternative to More Stringent New Vehicle Standards in California," Sierra Research Report No. SR95-03-02, prepared for Texaco, Inc., March 1995.

"Evaluation of CARB SIP Mobile Source Measures," Sierra Research Report No. SR94-11-02, prepared for Western States Petroleum Association, November 1994.

"Reformulated Gasoline Study," prepared by Turner, Mason & Company, DRI/McGraw-Hill, Inc., and Sierra Research, Inc., for the New York State Energy Research and Development Authority, Energy Authority Report No. 94-18, October 1994.

"Phase II Feasibility Study: Heavy-Duty Vehicle Emissions Inspection Program in the Lower Fraser Valley," Sierra Research Report No. SR94-09-02, prepared for the Greater Vancouver Regional District, September 1994.

"Cost-Effectiveness of Mobile Source Emission Controls from Accelerated Scrappage to Zero Emission Vehicles," Paper No. 94-TP53.05, presented at the 87th Annual Meeting of the Air and Waste Management Association, Cincinnati, OH, June 1994.

"Investigation of MOBILE5a Emission Factors, Assessment of I/M Program and LEV Program Emission Benefits," Sierra Research Report No. SR94-06-05, prepared for American Petroleum Institute, June 1994.

"Cost-Effectiveness of the California Low Emission Vehicle Standards," SAE Paper No. 940471, 1994.

"Meeting ZEV Emission Limits Without ZEVs," Sierra Research Report No. SR94-05-06, prepared for Western States Petroleum Association, May 1994.

"Evaluating the Benefits of Air Pollution Control - Method Development and Application to Refueling and Evaporative Emissions Control," Sierra Research Report No. SR94-03-01, prepared for the American Automobile Manufacturers Association, March 1994.

"The Cost-Effectiveness of Further Regulating Mobile Source Emissions," Sierra Research Report No. SR94-02-04, prepared for the American Automobile Manufacturers Association, February 1994.

"Searles Valley Air Quality Study (SVAQS) Final Report," Sierra Research Report No. SR94-02-01, prepared for North American Chemical Company, February 1994.

"A Comparative Study of the Effectiveness of Stage II Refueling Controls and Onboard Refueling Vapor Recovery," Sierra Research Report No. SR93-10-01, prepared for the American Automobile Manufacturers Association, October 1993.

"Evaluation of the Impact of the Proposed Pole Line Road Overcrossing on Ambient Levels of Selected Pollutants at the Calgene Facilities," Sierra Research Report No. SR93-09-01, prepared for the City of Davis, September 1993.

"Leveling the Playing Field for Hybrid Electric Vehicles: Proposed Modifications to CARB's LEV Regulations," Sierra Research Report No. SR93-06-01, prepared for the Hybrid Vehicle Coalition, June 1993.

"Size Distributions of Trace Metals in the Los Angeles Atmosphere," *Atmospheric Environment*, Vol. 27B, No. 2, pp. 237-249, 1993.

"Preliminary Feasibility Study for a Heavy-Duty Vehicle Emissions Inspection Program in the Lower Fraser Valley Area," Sierra Research Report No. 92-10-01, prepared for the Greater Vancouver Regional District, October 1992.

"Development of Mechanic Qualification Requirements for a Centralized I/M Program," SAE Paper No. 911670, 1991.

"Cost-Effectiveness Analysis of CARB's Proposed Phase 2 Gasoline Regulations," Sierra Research Report No. SR91-11-01, prepared for the Western States Petroleum Association, November 1991.

"Origins and Control of Particulate Air Toxics: Beyond Gas Cleaning," in Proceedings of the Twelfth Conference on Cooperative Advances in Chemical Science and Technology, Washington, D.C., October 1990.

"The Effect of Gasoline Aromatics on Exhaust Emissions: A Cooperative Test Program," SAE Paper No. 902073, 1990.

"Estimation of the Impact of Motor Vehicles on Ambient Asbestos Levels in the South Coast Air Basin," Paper No. 89-34B.7, presented at the 82nd Annual Meeting of the Air and Waste Management Association, Anaheim, CA, June 1989.

"Benzene/Aromatic Measurements and Exhaust Emissions from Gasoline Vehicles," Paper No. 89-34B.4, presented at the 82nd Annual Meeting of the Air and Waste Management Association, Anaheim, CA, June 1989.

"The Impact of Diesel Vehicles on Air Pollution," presented at the 12th North American Motor Vehicle Emissions Control Conference, Louisville, KY, April 1988.

"Exhaust Benzene Emissions from Three-Way Catalyst-Equipped Light-Duty Vehicles," Paper No. 87-1.3, presented at the 80th Annual Meeting of the Air Pollution Control Association, New York, NY, June 1987.

"Trends in Emissions Control Technologies for 1983-1987 Model-Year California-Certified Light-Duty Vehicles," SAE Paper No. 872164, 1987.