**EXHIBIT 2**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
NATIONAL VEHICLE AND FUEL EMISSIONS LABORATORY

Supplemental Estimate of Total Idling Emissions

**Written at the request of:**
Rachel Hankey
U.S. Department of Justice
Environment and Natural Resource Division

**Prepared by:**
David J. Brzezinski
Air Quality Modeling Center
Office of Transportation and Air Quality, Assessment and Standards Division
National Vehicle and Fuel Emissions Laboratory
2000 Traverwood Drive
Ann Arbor, Michigan 48105

**Field of expertise:**

I am currently a national expert and senior modeler for the EPA Air Quality Modeling Center of the Office of Transportation and Air Quality. I am a Mechanical Engineer with over 30 years of experience in vehicle emission testing, data analysis and providing estimates for exhaust and non-exhaust emissions from highway mobile sources. I have been involved in the development of every EPA emission factor model since 1979. I was co-author for the cited technical report summarizing the idling emission rates from heavy duty diesel engines.

**Date:**
July 31, 2008

Attached is a supplemental document that updates the list of vehicles and idling times, fixes the problems with the table and addresses the key points from the review of my previous analysis by James Lyons regarding the use of low sulfur diesel fuel and after-treatment devices.

_____
David J. Brzezinski

## 1.0 Introduction:

This document supplements a previous calculation of total idling emissions provided on April 24, 2008. Since that submission, the list of vehicles and their activities has been updated and a report reviewing my previous analysis has been provided by James M. Lyons of Sierra Research, Inc.

The updated list of vehicle, showing their make, model, model year, vehicle identification number and fuel type, is shown below.

The review by James Lyons provided additional information about the engines being evaluated. Twelve of the engines (Numbers 540 through 551) had been retrofitted with Cleaire Longview after-treatment devices. Also, eight of the other engines in the list were certified to tighter California standards, which also include after-treatment devices. All of the diesel engines in the fleet were being fueled with Ultra Low Sulfur diesel fuel (<15 ppm sulfur).

## 2.0 Method:

As in the previous analysis, the idling emission rates (in grams per hour of idle) were multiplied by the total minutes of idling for each vehicle (converted to hours of idle time) to give total grams due to idling.

The primary purpose of low sulfur diesel fuel is to allow the use of after-treatment devices. The sulfur in diesel fuel contaminates the materials used to react with the pollutants in the exhaust stream and ultimately can deactivate the devices. Secondarily, sulfur in diesel fuel combusts into sulfate particles (SO4) which contribute to the total particulate matter emissions measured from diesel exhaust emissions. Sulfur content would have no effect on HC, CO or NOx emissions from vehicles not equipped with after-treatment devices.

The 15 ppm sulfur content of the low sulfur diesel fuel is about 5% of the sulfur content of diesel fuel normally available in March of 2006. However, since after-treatment devices require the use of low sulfur diesel fuel, their effectiveness estimates already include the impact of the lower sulfur content. The other diesel vehicles, other than those equipped with after-treatment devices, would get reductions in total PM emissions, but only in the sulfate portion of the total PM emissions. Using the EPA MOBILE6 emission factor model, I estimate the sulfate contribution to total PM emissions at idle to be about 0.75 grams per hour without the use of low sulfur diesel fuel. This contribution will be reduced by 95% in those diesel vehicles using low sulfur diesel fuel, but not equipped with after-treatment devices.

The Cleaire Longview after-treatment devices are certified by the State of California Air Resources Board to reduce PM emissions by 85% and NOx by 25%. However, these emission reductions assume a list of conditions spelled out in the Executive Order. This order can be found on the web at:

http://cleaire.com/web/reference/downloads/verifications/Longview_CARB_Verif.pdf