UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 06-12297-GAO

UNITED STATES OF AMERICA,
Plaintiff,

v

PAUL REVERE TRANSPORTATION, LLC,
Defendant.

### Jury Verdict

For any of the following listed dates, has the plaintiff proved by a preponderance of the evidence that the defendant Paul Revere Transportation, LLC, violated the Massachusetts anti-idling regulation by permitting the unnecessary operation of the engine of a motor vehicle while the vehicle was stopped for a foreseeable period of time in excess of five minutes?

Please state whether your answer is "yes" or "no" for each listed date. If your answer is "yes" for any date, please also state the number of vehicles the plaintiff has proved were operated in violation of the anti-idling regulation on that date.

| Date | Violation? (Yes / No) | Number of vehicles in violation |
|---|---|---|
| January 27, 2003 | ~~No~~ YES | ~~0~~ 15 |
| January 25, 2004 | ~~No~~ YES | ~~0~~ 15 |
| February 22, 2004 | ~~No~~ YES | ~~0~~ 15 |
| January 17, 2005 | ~~No~~ YES | ~~0~~ 15 |
| February 6, 2005 | ~~No~~ YES | ~~0~~ 10 |
| February 21, 2005 | ~~No~~ YES | ~~0~~ 8 |
| March 1, 2006 | YES | 13 |
| March 2, 2006 | ~~No~~ YES | ~~0~~ 1 |
| March 3, 2006 | ~~No~~ YES | ~~0~~ 1 |

| Date | | |
|---|---|---|
| March 6, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 7, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 8, 2006 | YES | 13 |
| March 9, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 10, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 13, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 14, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 15, 2006 | YES | 13 |
| March 16, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 17, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 20, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 21, 2006 | YES | 14 |
| March 22, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 23, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 24, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 27, 2006 | ~~NO~~ YES | ~~0~~ 1 |
| March 28, ~~2005~~ 2006 | YES | 1 |
| March 29, 2006 | YES | 1 |
| March 30, 2006 | YES | 23 |
| March 31, 2006 | YES | 1 |
| April 3, 2006 | YES | 1 |

| Date | | |
|---|---|---|
| April 4, 2006 | YES | 28 |
| April 5, 2006 | YES | 1 |
| April 6, 2006 | YES | 1 |
| April 7, 2006 | YES | 1 |
| April 10, 2006 | YES | 1 |
| April 11, 2006 | YES | 1 |
| April 12, 2006 | YES | 28 |

The foregoing represents the unanimous verdict of the jury.

June 8, 2009
Date

Kathleen D. C. Sanfacon
Foreman