✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| PAUL REVERE TRANSPORTATION | Case Number: CA06-12297-GAO |

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY HANKEY, SANDS | DEFENDANT'S ATTORNEY FRIEDMANN, TUCK |
|---|---|---|
| TRIAL DATE (S) 6/1/09-6/8/09 | COURT REPORTER PATRISSO, | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff Witness Mary Jane Fay-sworn  6/2/09 |
| | | | | | Plaintiff Witness Abdi T. Mohamoud- sworn  6/2/09 |
| | | | | | Plaintiff Witness Christine Sansevero- sworn 6/3/09 |
| | | | | | Defendant Witness Richard Brown- sworn   6/4/09 |
| | | | | | Defendant Witness James Powers-sworn 6/4/09 |
| | 47 | 6/4/09 | x | 6/4/09 | Certified weather data |
| | | | | | Defendant Witness Richard Daley-sworn 6/4/09 |
| | | | | | Rebuttal Plaintiff's Witness William Parsley-sworn 6/5/09 |
| | | | | | Rebuttal Plaintiff's Witness Christine Sansevero 6/5/09 |
| | | | | | Rebuttal Plaintiff's Witness Abdi T. Mohamoud 6/5/09 |
| | | | | | Rebuttal Plaintiff's Witness- Steven Calder - sworn 6/5/09 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages